# EXHIBIT 1

# ORTHOTIC AND PROSTHETIC
## SERVICES AGREEMENT

THIS AGREEMENT (the "Agreement") is made and entered into as of this____ day of _____, 2013 by and between_____, a New York state professional corporation ("Provider"), and East Coast Orthotic & Prosthetic Corp., a New York state business corporation ("Contractor").

## WITNESSETH:

WHEREAS, Contractor provides various services and orthotic and prosthetic devices (hereinafter the "Products" or individually the "Product") to healthcare providers; and

WHEREAS, Provider wishes to establish a program to provide Products ancillary to Provider's orthopedic surgery practice and to be able to bill insurers and other payors for such Products as applicable; and

WHEREAS, Provider wishes to engage Contractor to provide certain services and Products to Provider.

NOW, THEREFORE, in consideration of the foregoing facts, and intending to be legally bound, the parties hereby agree as follows:

1.    <u>Contractor Services</u>.    (a) Contractor will perform the following services ("Services") for Provider:

(i)    Supply to Provider such Products as are desired by Provider in accordance with the Price List attached hereto as Exhibit "A". The Prices on Exhibit A may be revised in no greater frequency than on a yearly basis. The Products to be supplied by Contractor may be obtained by Contractor from various vendors and sources, including but not limited to Products manufactured and custom made by the Contractor;

(ii)    Order/ fit/ finish custom Products as are desired by Provider in accordance with the Price List attached hereto as Exhibit "A". Custom Products created by the Contractor will be delivered within a reasonable period of time from order in light of the circumstances;

(iii)    Fax or hand-deliver charge sheets to Provider's biller;

(iv)    Obtain authorization from patients' insurance carriers for prescribed Products; and

(v)    Provide in accordance with Subsection 1(b) hereof orthotists, orthotic fitters and/or prosthetists to:

(A)    Apply braces and prosthetics to Provider's patients;

{25371259;1}

(B)     Perform casting /measuring for custom devices;

(C)     Train patients on Product usage; and

(D)     Supply patients with wear and care information.

The prices reflected on Exhibit A are all-inclusive prices and incorporate charges for all of the Services set forth above.

(b)     The orthotists, orthotic fitters and/or prosthetists provided for in Subsection 1(a)(v) above shall be available as needed at all of Provider's locations which are set forth in Exhibit "B" attached hereto, during the hours of 7:30 a.m. to 5:00 p.m. ("Normal Business Hours"). Furthermore, an orthotist, orthotic fitter or prosthetist shall be available on-call for Provider's sites (to be pre-arranged) outside of Normal Business Hours, including weekends. Contractor's personnel shall not have any contact with Provider's patients other than in connection with the Services rendered hereunder and not prior to the time that any such patient has elected to purchase his or her Products from Provider.

(c)     During the term of this Agreement, Contractor shall be the exclusive contractor providing Services in all of Provider's locations set forth in Exhibit "B".

2.     Provider's Responsibilities.  Provider will be responsible for all management and administrative services in connection with the provision of the Products and Services to Provider's patients as contemplated under this Agreement, including billing, secretarial, and scheduling.  All Products and Services provided by Contractor will be provided under the general supervision of the Provider, more specifically under the general supervision of the physician ordering the Products and Service, or another physician in his practice. Provider is responsible for complying with all laws applicable to Provider.

3.     Product Inventory.  Contractor will maintain in the supply room or locker on the premises of the Provider in accordance with Section 6 hereof, on an ongoing basis, an inventory of Products as agreed to by the parties. This inventory shall be for the use by Provider in connection with its practice and shall represent the parties best estimation of the minimum amount of inventory needed by Provider to effectively run its practice in the various locations. Contractor shall replenish the inventory from time to time as appropriate.   All Products shall remain the property of Contractor until such time as Provider purchases any such Product from Contractor in connection with the Services rendered to patients. Any Product inventory may be removed by the Contractor from the premises of Provider at any time, provided Contractor fulfills its obligations hereunder.

4.     Term.  The initial term of this Agreement will be for three (3) years (the "Initial Term") commencing _____, 2013 (the "Effective Date"). This Agreement shall automatically renew for an additional three (3) year term unless either party delivers to the other written notice of intention not to renew at least sixty (60) days prior to the expiration of the then current term. In the event of termination in accordance with Section 10 hereof prior to the end of the Initial Term, Provider shall not enter into the same or similar agreement with another contractor until expiration of the Initial Term has occurred.

5.    Fees.

    (a)    Provider agrees to pay Contractor a fee for the Products and Services hereunder according to the Price List attached hereto as Exhibit "A".

    (b)    The Provider agrees to pay the Contractor the  fees set forth in Exhibits "A", regardless of what amount Provider receives from, or is reimbursed by, the patient or the patient's insurance carrier.

    (c)    The parties agree that Contractor's fees for the Products and Services provided under this Agreement are the fair market value thereof, negotiated at arms-length, and are not inflated or reduced to take into account business generated between the parties.

    (d)    The fees for all Products and Services purchased by Provider from Contractor under this Agreement shall be paid (in accordance with the appropriate Price List relating thereto) by Provider to Contractor (on a monthly basis) by the fifteenth (15th) day of the of the month following the month in which the Products and Services were purchased.

6.    Provision of Facilities.    During the term of this Agreement, Provider shall designate, at each location set forth in Exhibit "B" attached hereto, one (1) supply room or locker that shall be used exclusively by Contractor and one (1) workstation with telephone and Internet access to enable Contractor to perform the Services set forth herein ("Facilities"). The Facilities shall be provided to Contractor at no cost to Contractor and shall be appropriate for Contractor to fulfill its obligations hereunder.   Contractor, at its cost, shall furnish for its use such office supplies and equipment, including computers, that it deems necessary to perform the Services. Contractor shall not use the Facilities for any other purpose except to perform the Services for Provider. Contractor's personnel who utilize the Facilities shall only perform functions contemplated under this Agreement, and will not provide any other services to Provider (i.e., cast tech responsibilities, medical assistance, secretarial, administrative or otherwise) which could be perceived as a benefit to Provider to induce the referral of business by Provider to Contractor. Provider may contract separately and independently with the employees of Contractor to provide services that are not contemplated by this Agreement. In the event that Provider so contracts with the employees of Contractor, Contractor shall not, under any circumstances, receive any compensation, consideration or other benefit.

7.    Billing; Compliance with Billing Rules & Regulations.

    (a)    Provider shall be entitled to bill patients and their insurance carriers (and other third-party payors) and collect fees for all Services and all Products provided to its patients as set forth in this Agreement.  Contractor shall not be entitled to bill or collect any such fees.

    (b)    Contractor may assist Provider in establishing its billing process so that the billing by Provider of third-party payors is done in accordance with all third-party payor rules and regulations, and other applicable State and Federal laws and regulations.

    (c)    Contractor will assist Provider with, and participate in, audits and other reviews of charges by patients, payors, or governmental programs relating to the Products.

8.     <u>Confidentiality of Provider Information</u>.   Contractor agrees not to disclose to anyone other than Provider any information about Provider or any of Provider's patients received in the course of performing the Services except as required to bill charges or perform its obligations hereunder, as requested by a regulatory body or agency or as otherwise legally required. Notwithstanding the preceding sentence, Provider agrees that Contractor may use Provider's information for research and statistical compilation purposes so long as Provider and patient identifying information is kept confidential in accordance with applicable law. Prior to the Effective Date, Contractor shall execute the Business Associate Confidentiality Agreement attached hereto as Exhibit "C."

9.     <u>Referrals; Exclusivity</u>.  Nothing in this Agreement will be construed to (i) require Provider or any of Provider's physicians to refer patients to, or otherwise generate business for, Contractor; or (ii) to require Contractor to refer patients to, or otherwise generate business for, Provider or any of Provider's physicians.  Contractor and Provider will at all times comply with all applicable state and federal laws relating to healthcare practitioner referrals and the generation of business by and between them.

10.     <u>Termination</u>.  This Agreement may be terminated by either party in the event of breach by the other party, upon sixty (60) days written notice to the other party.  In the event of termination, Contractor shall be entitled to collect from Provider all fees for Services rendered by Contractor prior to the effective date of termination.

11.     <u>Non-Solicitation</u>.  During the term of this Agreement and for a two-year period commencing with the termination of this Agreement, each party agrees not to employ, solicit, pay, consult with or otherwise offer remuneration to, directly or indirectly, or through any third-party rendering services on behalf of such party, any employees of the other or its parent, affiliates or subsidiaries without the prior written consent of the other party.  Each party agrees that the other party does not have an adequate remedy at law to protect its rights under this paragraph and agrees that the non-defaulting party will have the right to injunctive relief from any violation or threatened violation of this paragraph (in addition to all other available remedies).

12.     <u>Regulatory Restrictions</u>.   Each party warrants to the other that it is not currently listed by a federal agency as excluded, debarred, or otherwise ineligible for participation in any federal health care program.  Each party agrees that it will not employ, contract with, or otherwise use the services of any individual (whom it knows or should have known, after reasonable inquiry): (i)  who has been convicted of a criminal offense related to health care (unless the individual has been reinstated to participation in Medicare and all other federal health care programs after being excluded because of the conviction), or (ii) who is currently listed by a federal agency as excluded, debarred, or otherwise ineligible for participation in any federal health care program. Provider is solely responsible for complying with state and federal laws governing physician self-referral.

13.     <u>Access to Books and Records</u>.  In the event the Secretary of the Department of Health and Human Services, the Comptroller General of the United States, or their duly authorized representatives shall make written request therefor, the parties agree to make available to such persons, in accordance with section 1861(v)(1)(I) of the Social Security Act,

{25371259;1}                                         4

such books, documents and records as may be necessary to certify the nature and extent of the cost of services provided pursuant to this Agreement. If any of such services are performed by way of a subcontract, such subcontract shall contain a clause to the same effect as the foregoing. The provisions of this Section 13 shall survive termination of this Agreement.

14.    Independent Contractor Status.    In the performance of this Agreement, it is mutually understood and agreed that Provider and Contractor are at all times acting and performing as independent contractors, and not as employees, joint venturers, or lessees, and that neither party shall have any claim under this Agreement or otherwise against the other for worker's compensation, unemployment insurance benefits, or any other employee benefits. Furthermore, Contractor shall be the employer of, will have control over, and will be liable for all incidents of employment of any on-site certified orthotist, orthotic fitter or prosthetist providing the Services set forth herein.    Contractor may discharge, suspend or terminate any employee that provides the Services set forth herein, at will or according to any terms of employment, provided that Contractor shall promptly obtain a replacement employee or other person to provide these Services to Provider. No employee of Contractor will be deemed to be an employee or servant of Provider, and Provider will not be liable for any benefit or incident of any such employee's employment.    Contractor agrees that it will pay to each appropriate governmental authority, on a timely basis and on behalf of itself and each employee, all required employment-related taxes, fees and assessments.    Provider agrees that it will timely issue IRS Form 1099 to Contractor annually in connection with all payments to Contractor pursuant to this Agreement.

15.    Insurance.    Throughout the term of this Agreement or any renewals thereof, Contractor shall, at its sole cost and expense, maintain such policies of comprehensive general liability insurance and other insurance as shall be adequate to insure Contractor and its directors, officers, employees, representatives and agents against any claim or claims for damages arising in connection with the performance of the Services hereunder. Contractor shall furnish evidence of such insurance acceptable to Provider at the time of execution of this Agreement and as requested by Provider from time-to-time. Provider agrees to notify Contractor in writing in the event that the coverage limits are not considered adequate. Contractor will notify Provider in writing immediately in the event of any change, cancellation or termination of the insurance required by this Section and will promptly obtain similar replacement insurance so that there will be no lapse in coverage.

16.    Indemnification.    Contractor and Provider agree to indemnify and hold harmless the other from and against and with respect to any and all liability, claims, suits, losses, damages, costs, fines, penalties or expenses of any kind (including reasonable attorneys' fees and disbursements) made against the indemnified party arising out of the indemnifying party's acts, failure to act or conduct in the course of such party's performance of its obligations pursuant to this Agreement

17.    Notices.    Any notice, payment, demand or communication required or permitted to be given by the provisions of this Agreement will be effective on the date of receipt if sent or delivered by certified/return receipt mail or by national overnight delivery service to the party to receive such notice at its address set forth below:

As to Provider:                   _____
                                  _____
                                  _____
                                  _____

As to Contractor:                 East Coast Orthotic & Prosthetic Corp.
                                  75 Burt Drive
                                  Deer Park, New York  11729
                                  Attention:  Vincent A. Benenati, CEO

18.    <u>Entire Agreement</u>.  This Agreement contains the entire understanding of the parties relative to the Services to be performed to Provider and no representations, inducements, promises or agreements, oral or otherwise, between the parties not embodied in this Agreement will be of any force or effect.  This Agreement specifically supersedes any prior written or oral agreements between the parties relating to the provision of patient billing and accounts receivable management services.

19.    <u>Assignment</u>.  This Agreement is binding upon, inures to the benefit of, and is enforceable by the parties and their respective legal representatives, assigns and successors in interest.  Neither party will assign this Agreement without the prior written consent of the other party.

20.    <u>Amendments</u>.  Any amendments or changes to this Agreement will be in writing and will not be effective until executed by the parties.

21.    <u>Severability</u>.  The Parties hereto have negotiated and prepared the terms of this Agreement in good faith with the intent that each and every one of the terms, covenants and conditions herein be binding upon and inure to the benefit of the respective Parties. Accordingly, if any one or more of the terms, provisions, promises, covenants or conditions of this Agreement or the application thereof to any person or circumstance shall be adjudged to any extent invalid, unenforceable, void or voidable for any reason whatsoever by a court of competent jurisdiction or an arbitration tribunal, such provision shall be as narrowly construed as possible, and each and all of the remaining terms, provisions, promises, covenants and conditions of this Agreement or their application to other persons or circumstances shall not be affected thereby and shall be valid and enforceable to the fullest extent permitted by law.  To the extent this Agreement is in violation of applicable law, then the Parties agree to negotiate in good faith to amend this Agreement, to the extent possible consistent with its purpose, to conform to law.

22.    <u>Administrative Services Only</u>.  Nothing in this Agreement is intended or shall be construed to allow Contractor to exercise control or direction over the manner or method by which Provider and its physicians perform medical services or other professional health care services.  Nothing contained in this Agreement shall be construed to permit Contractor to engage in the practice of medicine, it being the sole intention of the parties hereto that the Services to be rendered to Provider by Contractor are solely for the purpose of providing consultative, management and administrative Services to Provider.

{25371259;1}                              6

23.   <u>Authorized Agents</u>.  The parties acknowledge that they are duly authorized by appropriate corporate action to enter into this Agreement and that this Agreement is being signed by duly authorized agents authorized to act on their respective behalf.

24.   <u>Waiver</u>. The failure of either party to enforce any term or condition of this Agreement shall not be construed as a waiver by such party of such term or condition, or shall a waiver of any breach of a term or condition of this Agreement on any one occasion constitute a waiver of any subsequent breach of the same or similar term or condition.

25.   <u>Interpretation</u>.  This Agreement shall be construed in accordance with and governed by the laws of the state of New York.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the day, month and year first above written.

Witnessess:

_____

Provider:

_____

Name: _____, M.D.
_____
_____
_____

Contractor:

_____

_____

Vincent A. Benenati
Chief Executive Officer
East Coast Orthotic
& Prosthetic Corp.
75 Burt Drive
Deer Park, New York  11729

| Code | Description | | | |
|------|-------------|---|---|---|
| A5500 | Diab shoe for density insert | $ | 69.53 | $ | 31.29 |
| A5512 | Multi den insert direct form | $ | 28.36 | $ | 12.76 |
| L0113 | Cranial cervical torticollis | $ | 262.47 | $ | 118.11 |
| L0120 | Cerv flex n/adj foam pre ots | $ | 23.40 | $ | 10.53 |
| L0140 | Cervical semi-rigid adjustab | $ | 56.45 | $ | 25.40 |
| L0150 | Cerv semi-rig adj molded chn | $ | 109.04 | $ | 49.07 |
| L0160 | Cerv sr wire occ/man pre ots | $ | 147.76 | $ | 66.49 |
| L0172 | Cerv col sr foam 2pc pre ots | $ | 129.04 | $ | 58.07 |
| L0174 | Cerv sr 2pc thor ext pre ots | $ | 242.22 | $ | 109.00 |
| L0180 | Cer post col occ/man sup adj | $ | 357.61 | $ | 160.92 |
| L0190 | Cerv collar supp adj cerv ba | $ | 478.98 | $ | 215.54 |
| L0200 | Cerv col supp adj bar & thor | $ | 461.24 | $ | 207.56 |
| L0450 | Tlso flex trunk/thor pre ots | $ | 179.50 | $ | 80.78 |
| L0454 | Tlso trnk sj-t9 pre cst | $ | 319.22 | $ | 143.65 |
| L0455 | Tlso flex trnk sj-t9 pre ots | $ | 319.22 | $ | 143.65 |
| L0456 | Tlso flex trnk sj-ss pre cst | $ | 915.42 | $ | 411.94 |
| L0457 | Tlso flex trnk sj-ss pre ots | $ | 915.42 | $ | 411.94 |
| L0458 | Tlso 2mod symphis-xipho pre | $ | 820.85 | $ | 369.38 |
| L0460 | Tlso 2 shl symphys-stern cst | $ | 923.91 | $ | 415.76 |
| L0462 | Tlso 3mod sacro-scap pre | $ | 1,149.22 | $ | 517.15 |
| L0464 | Tlso 4mod sacro-scap pre | $ | 1,368.12 | $ | 615.65 |
| L0466 | Tlso r fram soft ant pre cst | $ | 329.43 | $ | 148.24 |
| L0467 | Tlso r fram soft pre ots | $ | 329.43 | $ | 148.24 |
| L0468 | Tlso rig fram pelvic pre cst | $ | 404.17 | $ | 181.88 |
| L0469 | Tlso rig fram pelvic pre ots | $ | 404.17 | $ | 181.88 |
| L0470 | Tlso rigid frame pre subclav | $ | 655.44 | $ | 294.95 |
| L0472 | Tlso rigid frame hyperex pre | $ | 426.97 | $ | 192.14 |
| L0488 | Tlso rigid lined pre one pie | $ | 923.91 | $ | 415.76 |
| L0490 | Tlso rigid plastic pre one | $ | 260.38 | $ | 117.17 |
| L0491 | Tlso 2 piece rigid shell | $ | 706.88 | $ | 318.10 |
| L0492 | Tlso 3 piece rigid shell | $ | 464.36 | $ | 208.96 |
| L0621 | Slo flex pelvic/sacr pre ots | $ | 85.29 | $ | 38.38 |
| L0623 | Slo rig pnl pelv/sac pre ots | | | | |
| L0625 | Lo flex l1-below l5 pre ots | $ | 50.69 | $ | 22.81 |
| L0626 | Lo sag rig pnl stays pre cst | $ | 71.73 | $ | 32.28 |
| L0627 | Lo sag ri an/pos pnl pre cst | $ | 378.34 | $ | 170.25 |
| L0628 | Lso flex no ri stays pre ots | $ | 77.22 | $ | 34.75 |
| L0630 | Lso r post pnl sj-t9 pre cst | $ | 149.07 | $ | 67.08 |
| L0631 | Lso sag r an/pos pnl pre cst | $ | 944.87 | $ | 425.19 |
| L0633 | Lso sc r pos/lat pnl pre cst | $ | 263.93 | $ | 118.77 |
| L0635 | Lso sagit rigid panel prefab | $ | 897.24 | $ | 403.76 |
| L0637 | Lso sc r ant/pos pnl pre cst | $ | 988.78 | $ | 444.95 |
| L0639 | Lso s/c shell/panel prefab | $ | 988.78 | $ | 444.95 |
| L0641 | Lo rig pos pnl l1-l5 pre ots | $ | 71.73 | $ | 32.28 |
| L0642 | Lo sag ri an/pos pnl pre ots | $ | 378.34 | $ | 170.25 |
| L0643 | Lso sag ctr rigi pos pre ots | $ | 149.07 | $ | 67.08 |
| L0648 | Lso sag r an/pos pnl pre ots | $ | 944.87 | $ | 425.19 |
| L0649 | Lso sc r pos/lat pnl pre ots | $ | 263.93 | $ | 118.77 |
| L0650 | Lso sc r ant/pos pnl pre ots | $ | 988.78 | $ | 444.95 |
| L0651 | Lso sag-co shell pnl pre ots | $ | 988.78 | $ | 444.95 |
| L0810 | Halo cervical into jckt vest | $ | 2,309.70 | $ | 1,039.37 |
| L0859 | Mri compatible system | $ | 1,074.18 | $ | 483.38 |
| L0861 | Halo repl liner/interface | $ | 198.38 | $ | 89.27 |
| L0970 | Tlso corset front | $ | 104.30 | $ | 46.94 |
| L0972 | Lso corset front | $ | 100.54 | $ | 45.24 |

| | | | | | |
|---|---|---|---|---|---|
| L0974 | Tlso full corset | $ | 157.86 | $ | 71.04 |
| L0976 | Lso full corset | $ | 140.99 | $ | 63.45 |
| L0978 | Axillary crutch extension | $ | 169.73 | $ | 76.38 |
| L0980 | Peroneal straps pair pre ots | $ | 15.40 | $ | 6.93 |
| L0982 | Stocking sup grips 4 pre ots | $ | 14.36 | $ | 6.46 |
| L0984 | Protect body sock ea pre ots | $ | 57.72 | $ | 25.97 |
| L1001 | Ctlso infant immobilizer | | | | |
| L1005 | Tension based scoliosis orth | $ | 2,945.89 | $ | 1,325.65 |
| L1010 | Ctlso axilla sling | $ | 59.18 | $ | 26.63 |
| L1020 | Kyphosis pad | $ | 76.21 | $ | 34.29 |
| L1025 | Kyphosis pad floating | $ | 146.60 | $ | 65.97 |
| L1030 | Lumbar bolster pad | $ | 56.09 | $ | 25.24 |
| L1040 | Lumbar or lumbar rib pad | $ | 68.79 | $ | 30.96 |
| L1050 | Sternal pad | $ | 73.41 | $ | 33.03 |
| L1070 | Trapezius sling | $ | 79.34 | $ | 35.70 |
| L1080 | Outrigger | $ | 48.80 | $ | 21.96 |
| L1085 | Outrigger bil w/ vert extens | $ | 135.72 | $ | 61.07 |
| L1090 | Lumbar sling | $ | 88.70 | $ | 39.92 |
| L1100 | Ring flange plastic/leather | $ | 143.95 | $ | 64.78 |
| L1110 | Ring flange plas/leather mol | $ | 225.20 | $ | 101.34 |
| L1120 | Covers for upright each | $ | 35.02 | $ | 15.76 |
| L1220 | Anterior thoracic extension | $ | 260.46 | $ | 117.21 |
| L1230 | Milwaukee type superstructur | $ | 668.31 | $ | 300.74 |
| L1250 | Anterior asis pad | $ | 63.70 | $ | 28.67 |
| L1260 | Anterior thoracic derotation | $ | 66.70 | $ | 30.02 |
| L1270 | Abdominal pad | $ | 68.32 | $ | 30.74 |
| L1280 | Rib gusset (elastic) each | $ | 81.71 | $ | 36.77 |
| L1600 | Ho flex frejka w/cov pre cst | $ | 113.62 | $ | 51.13 |
| L1610 | Ho frejka cov only pre cst | $ | 42.29 | $ | 19.03 |
| L1620 | Ho flex pavlik harns pre cst | $ | 130.73 | $ | 58.83 |
| L1650 | Ho abduction hip adjustable | $ | 204.15 | $ | 91.87 |
| L1652 | Ho bi thighcuffs w sprdr bar | $ | 328.09 | $ | 147.64 |
| L1660 | Ho abduction static plastic | $ | 150.90 | $ | 67.91 |
| L1686 | Ho post-op hip abduction | $ | 1,072.44 | $ | 482.60 |
| L1690 | Combination bilateral ho | $ | 1,779.83 | $ | 800.92 |
| L1810 | Ko elastic with joints | $ | 94.72 | $ | 42.62 |
| L1812 | Ko elastic w/joints pre ots | $ | 94.72 | $ | 42.62 |
| L1820 | Ko elas w/ condyle pads & jo | $ | 129.79 | $ | 58.41 |
| L1830 | Ko immob canvas long pre ots | $ | 91.45 | $ | 41.15 |
| L1831 | Knee orth pos locking joint | $ | 270.89 | $ | 121.90 |
| L1832 | Ko adj jnt pos r sup pre cst | $ | 714.77 | $ | 321.65 |
| L1833 | Ko adj jnt pos r sup pre ots | $ | 714.77 | $ | 321.65 |
| L1836 | Ko rigid w/o joints pre ots | $ | 122.82 | $ | 55.27 |
| L1843 | Ko single upright pre cst | $ | 825.85 | $ | 371.63 |
| L1845 | Ko double upright pre cst | $ | 905.83 | $ | 407.62 |
| L1847 | Ko dbl upright w/air pre cst | $ | 529.39 | $ | 238.23 |
| L1848 | Ko dbl upright w/air pre ots | $ | 529.39 | $ | 238.23 |
| L1850 | Ko swedish type pre ots | $ | 278.70 | $ | 125.42 |
| L1902 | Afo ankle gauntlet pre ots | $ | 92.11 | $ | 41.45 |
| L1906 | Afo multilig ank sup pre ots | $ | 107.09 | $ | 48.19 |
| L1910 | Afo sing bar clasp attach sh | $ | 293.34 | $ | 132.00 |
| L1930 | Afo plastic | $ | 208.59 | $ | 93.87 |
| L1932 | Afo rig ant tib prefab tcf/= | $ | 821.33 | $ | 369.60 |
| L1951 | Afo spiral prefabricated | $ | 772.99 | $ | 347.85 |
| L1971 | Afo w/ankle joint, prefab | $ | 431.42 | $ | 194.14 |
| L2035 | Kafo plastic pediatric size | $ | 162.17 | $ | 72.98 |

| Code | Description | | | |
|---|---|---|---|---|
| L2630 | Pelvic control band & belt u | $ | 265.91 | $ | 119.66 |
| L2640 | Pelvic control band & belt b | $ | 395.09 | $ | 177.79 |
| L2650 | Pelv & thor control gluteal | $ | 108.65 | $ | 48.89 |
| L2660 | Thoracic control thoracic ba | $ | 164.34 | $ | 73.95 |
| L2670 | Thorac cont paraspinal uprig | $ | 185.77 | $ | 83.60 |
| L2680 | Thorac cont lat support upri | $ | 172.68 | $ | 77.71 |
| L2750 | Plating chrome/nickel pr bar | $ | 86.76 | $ | 39.04 |
| L2755 | Carbon graphite lamination | $ | 120.22 | $ | 54.10 |
| L2760 | Extension per extension per | $ | 65.90 | $ | 29.66 |
| L2780 | Non-corrosive finish | $ | 71.84 | $ | 32.33 |
| L2785 | Drop lock retainer each | $ | 32.91 | $ | 14.81 |
| L2795 | Knee control full kneecap | $ | 84.18 | $ | 37.88 |
| L2800 | Knee cap medial or lateral p | $ | 94.05 | $ | 42.32 |
| L2810 | Knee control condylar pad | $ | 68.87 | $ | 30.99 |
| L3031 | Foot lamin/prepreg composite | $ | 112.74 | $ | 50.73 |
| L3040 | Ft arch suprt premold longit | $ | 43.31 | $ | 19.49 |
| L3050 | Foot arch supp premold metat | $ | 43.31 | $ | 19.49 |
| L3060 | Foot arch supp longitud/meta | $ | 67.88 | $ | 30.55 |
| L3070 | Arch suprt att to sho longit | $ | 29.23 | $ | 13.15 |
| L3080 | Arch supp att to sho metata | $ | 29.23 | $ | 13.15 |
| L3090 | Arch supp att to shoe long/m | $ | 37.46 | $ | 16.86 |
| L3140 | Abduction rotation bar shoe | $ | 81.95 | $ | 36.88 |
| L3150 | Abduct rotation bar w/o shoe | $ | 74.92 | $ | 33.71 |
| L3170 | Foot plas heel stabi pre ots | $ | 46.85 | $ | 21.08 |
| L3224 | Woman's shoe oxford brace | $ | 57.11 | $ | 25.70 |
| L3225 | Man's shoe oxford brace | $ | 64.14 | $ | 28.86 |
| L3300 | Sho lift taper to metatarsal | $ | 47.98 | $ | 21.59 |
| L3310 | Shoe lift elev heel/sole neo | $ | 74.92 | $ | 33.71 |
| L3330 | Lifts elevation metal extens | $ | 520.90 | $ | 234.41 |
| L3332 | Shoe lifts tapered to one-ha | $ | 67.88 | $ | 30.55 |
| L3334 | Shoe lifts elevation heel /i | $ | 35.13 | $ | 15.81 |
| L3340 | Shoe wedge sach | $ | 78.45 | $ | 35.30 |
| L3350 | Shoe heel wedge | $ | 21.09 | $ | 9.49 |
| L3360 | Shoe sole wedge outside sole | $ | 32.77 | $ | 14.75 |
| L3370 | Shoe sole wedge between sole | $ | 45.63 | $ | 20.53 |
| L3380 | Shoe clubfoot wedge | $ | 45.63 | $ | 20.53 |
| L3390 | Shoe outflare wedge | $ | 45.63 | $ | 20.53 |
| L3400 | Shoe metatarsal bar wedge ro | $ | 37.46 | $ | 16.86 |
| L3410 | Shoe metatarsal bar between | $ | 85.45 | $ | 38.45 |
| L3420 | Full sole/heel wedge btween | $ | 50.34 | $ | 22.65 |
| L3430 | Sho heel count plast reinfor | $ | 147.50 | $ | 66.38 |
| L3440 | Heel leather reinforced | $ | 70.25 | $ | 31.61 |
| L3450 | Shoe heel sach cushion type | $ | 97.16 | $ | 43.72 |
| L3455 | Shoe heel new leather standa | $ | 37.46 | $ | 16.86 |
| L3460 | Shoe heel new rubber standar | $ | 31.59 | $ | 14.22 |
| L3465 | Shoe heel thomas with wedge | $ | 53.85 | $ | 24.23 |
| L3470 | Shoe heel thomas extend to b | $ | 57.35 | $ | 25.81 |
| L3480 | Shoe heel pad & depress for | $ | 57.35 | $ | 25.81 |
| L3500 | Ortho shoe add leather insol | $ | 26.92 | $ | 12.11 |
| L3510 | Orthopedic shoe add rub insl | $ | 26.92 | $ | 12.11 |
| L3520 | O shoe add felt w leath insl | $ | 29.23 | $ | 13.15 |
| L3530 | Ortho shoe add half sole | $ | 29.23 | $ | 13.15 |
| L3540 | Ortho shoe add full sole | $ | 46.85 | $ | 21.08 |
| L3550 | O shoe add standard toe tap | $ | 8.17 | $ | 3.68 |
| L3560 | O shoe add horseshoe toe tap | $ | 21.09 | $ | 9.49 |
| L3570 | O shoe add instep extension | $ | 78.45 | $ | 35.30 |

| | | | | | |
|---|---|---|---|---|---|
| L4370 | Pneum full leg splnt pre ots | $ | 166.46 | $ | 74.91 |
| L4386 | Non-pneum walk boot pre cst | $ | 145.93 | $ | 65.67 |
| L4387 | Non-pneum walk boot pre ots | $ | 145.93 | $ | 65.67 |
| L4392 | Replace afo soft interface | $ | 21.66 | $ | 9.75 |
| L4394 | Replace foot drop splnt | $ | 15.79 | $ | 7.11 |
| L4396 | Static or dynami afo pre cst | $ | 154.44 | $ | 69.50 |
| L4397 | Static or dynami afo pre ots | $ | 154.44 | $ | 69.50 |
| L4398 | Foot drop splint pre ots | $ | 71.11 | $ | 32.00 |
| L4631 | Afo, walk boot type, cus fab | $ | 1,657.80 | $ | 746.01 |
| L3260 | Ambulatory surgical boot eac | Non-Covered Item | | $ | 16.23 |
| L3650 | So 8 abd restraint pre ots | Non-Covered Item | | $ | 24.68 |
| L1815 | Chopat Strap | Non-Covered Item | | $ | 55.08 |
| L3700 | Tennis Elbow Brace | Non-Covered Item | | $ | 27.00 |
| L3002 | Foot insert plastazote or eq | Non-Covered Item | | $ | 89.19 |
| L3332 | Shoe lifts tapered to one-ha | Non-Covered Item | | $ | 28.51 |
| L2840 | Tibial length sock fx or equ | Non-Covered Item | | $ | 19.14 |
| A4565 | Slings | Non-Covered Item | | $ | 17.50 |
| L3170 | Foot plas heel stabi pre ots | Non-Covered Item | | $ | 54.09 |