# EXHIBIT 2

huge emphasis on continually mentoring ECOP's clinical and non-clinical staff regardless of their position. Such mentoring has been a key factor in strengthening ECOP's employee retention rate and overall employee morale.

A member of various associations including the American Orthotic & Prosthetic Association (AOPA), The American Board for Certification in Orthotics, Prosthetics & Pedorthics (ABC) the Board of Certification (BOC), International and American Academy of Orthotists & Prosthetists (AAOP), Mr. Benenati keeps abreast of all the changes in the industry so that ECOP can adapt quickly to them.

in



## Mary Louise Lea, R.D.

Compliance & Quality Assurance Officer

Mary Louise Lea, R.D. joined us in July 2009 and has made an immediate impact on our business. A graduate from SUNY Oneonta, Mrs. Lea had her first clinical internship at C.W. registered dietician and has had extensive experience working in both hospitals and nursing homes, such as Hempstead Park Nursing and Rehabilitation, Hempstead General Hospital, South Oaks and Petit Fleur, in both clinical and administrative positions. She helped develop the QA department as a Clinical Nutrition Manager at Hempstead Park Nursing Home.

Mrs. Lea is responsible for in-servicing all our staff, as well as maintaining our Policy & Procedures Manual. She works closely with the American Board for Certification in Orthotics & Prosthetics (ABC), American Orthotic & Prosthetic Association (AOPA), Medicare and Medicaid, as well as hospitals and nursing facilities to ensure overall compliance with rules and regulations.