# EXHIBIT 4



Christopher Noria <christopher.noria@ec-op.com>

# Quarterly Review/Incentive
7 messages

**Mark Rodman** <mark.rodman@ec-op.com>   Fri, Apr 7, 2017 at 2:03 PM
To: Alyssa Brandofino <alyssa.brandofino@ec-op.com>, Chad Poole <chad.poole@ec-op.com>, Chandni Persaud <chandni.persaud@ec-op.com>, Christina Bartel <christina.bartel@ec-op.com>, Christopher Noria <christopher.noria@ec-op.com>, Cody Hugasian <cody.hugasian@ec-op.com>, Crystal Guzman <crystal.guzman@ec-op.com>, Dominique Wilson <dominique.wilson@ec-op.com>, Dylan Kilfoil <dylan.kilfoil@ec-op.com>, Jack Benenati <jack.benenati@ec-op.com>, John Feliciano <john.feliciano@ec-op.com>, Jose Martinez <jose.martinez@ec-op.com>, Joseph Grillo <joseph.grillo@ec-op.com>, Joseph Marinaro <joseph.marinaro@ec-op.com>, Judiann Campbell <judiann.campbell@ec-op.com>, Kelsey Kunkel <kelsey.kunkel@ec-op.com>, Luis Cortes <luis.cortes@ec-op.com>, Mark Greenstein <mark.greenstein@ec-op.com>, Ray Price <raymond.price@ec-op.com>, Romeo Magat <romeo.magat@ec-op.com>, Roselyn Vassilatos <roselyn.vassilatos@ec-op.com>, Samantha Sagendorph <samantha.sagendorph@ec-op.com>, Toni Sommeso <toniann.sommeso@ec-op.com>
Cc: "Vincent A. Benenati" <vbenenati@ec-op.com>, Lawrence Benenati <lawrence.benenati@ec-op.com>

Good afternoon all,

I have been here at East Coast now for 6 months. I am still getting use to many of you and continue to learn something new about the company every day, yet there are so many things that are repetitive daily. One thing that I have noticed with my team is the difficulty it takes to stay consistent with these repetitive tasks. Such things as

Nimble login-some places do not pay unless you punch in and out. This should be second nature by now. I do not want to talk anymore about Nimble reminders.

Paperwork-this needs to be done correctly from the start. If the demographics are not correct, PPA not signed, etc. the issues start here and we will not get paid promptly. WE NEED TO HAVE CLEAN ORDERS.

Daily Logs-Ugh! This is a problem for most of you. Not one site had 100% compliance this month. This is a requirement to send to your CSR's daily, not optional!

Company phones-numbers in Bamboo not accurate and not corrected. Some of you have not set up your voicemail and some of you just don't use it where others watch so much video on it you have been warned about your usage. Be thankful you have a corporate phone and use it accordingly. Abuse for one may become abuse for all. Let's not let this happen.

COMMUNICATION-Team leads weekly calls. Process for taking time off. If your site is closed. We all need to do better with this. This is a key component to keeping us all on the same page.

I have met with all of you at one time or another. I have listened to your concerns and have addressed many of them. I will do all I can for each and every one of you if you do the same for me and East Coast.

Lately the numbers at almost all the sites have been terrible. There are many reasons for this. However, there are also many ways we can effect this as well. How many of you speak to your doctors daily and truly try to get an understanding of what their patients needs are? When given the opportunity to suggest items to the doctors do you? Do we try to promote certain products over others? I was at one site one day and the doctor wanted something more than a cock-up wrist splint but, didn't want to put the patient in a cast I suggested the EXOS, he loved it and uses them more now (they pay much hire too). Another location gives out wrap around knee braces like crazy. Perhaps those patients if they have OA should be getting an unloader brace (another high price item). WE ALL NEED TO WORK HARDER at this. We need to educate the doctors on our products and learn from them as well what their patients needs are.

I am very thankful to Vinny and Larry for giving me an opportunity to impact on their business. I truly value my position at East Coast and want all of you to take that same attitude. We need to ramp up our sales and continue to push every day to get that one more item. We can do that by making suggestions to the doctors and communicating with them daily. You need to get up out of your chairs and be where the doctors are. See if they need anything. Many orthopedists do the same things for their patients NSAIDs, PT, Cryotherapy, and very often DME. There is great potential to get an item prescribed if you happen to be in the doctors sight.

**INCENTIVE**

Vinny has come up with an incentive plan for this MONTH.

For every knee unloader, custom knee brace, bone stimulator or LSO (631 or 637) that is delivered and paid for. We are going to give the practitioner $25.00. If you are at a site with multiple practitioner's you will have to split the patients up evenly (you should be seeing more patients, hence the need for two people). You will receive this at months end.

There is tremendous opportunity for all to do well with this model. Abdul sent out an email indicating all the necessary paperwork for the back braces on March 10th, review it and know what is necessary to process these orders. He is going to do the same for the knee unloader braces as well.

Let's all get busy and work hard!
Thank you all,
Mark



Mark R. Rodman, MSEd, ATC
Regional Manager-Long Island, Queens and Brooklyn

75 Burt Drive
Deer Park, NY 11729
main: (631) 254-5577    dir: (646) 703-2637    fax: (631) 254-5550

Visit us at www.ec-op.com

The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.

---

**Jose Martinez** <jose.martinez@ec-op.com>                    Fri, Apr 7, 2017 at 2:11 PM
To: Mark Rodman <mark.rodman@ec-op.com>
Cc: Alyssa Brandofino <alyssa.brandofino@ec-op.com>, Chad Poole <chad.poole@ec-op.com>, Chandni Persaud <chandni.persaud@ec-op.com>, Christina Bartel <christina.bartel@ec-op.com>, Christopher Noria <christopher.noria@ec-op.com>, Cody Hugasian <cody.hugasian@ec-op.com>, Crystal Guzman <crystal.guzman@ec-op.com>, Dominique Wilson <dominique.wilson@ec-op.com>, Dylan Kilfoil <dylan.kilfoil@ec-op.com>, Jack Benenati <jack.benenati@ec-op.com>, John Feliciano <john.feliciano@ec-op.com>, Joseph Grillo <joseph.grillo@ec-op.com>, Joseph Marinaro <joseph.marinaro@ec-op.com>, Judiann Campbell <judiann.campbell@ec-op.com>, Kelsey Kunkel <kelsey.kunkel@ec-op.com>, Luis Cortes <luis.cortes@ec-op.com>, Mark Greenstein <mark.greenstein@ec-op.com>, Ray Price <raymond.price@ec-op.com>, Romeo Magat <romeo.magat@ec-op.com>, Roselyn Vassilatos <roselyn.vassilatos@ec-op.com>, Samantha Sagendorph <samantha.sagendorph@ec-op.com>, Toni Sommeso <toniann.sommeso@ec-op.com>, "Vincent A. Benenati" <vbenenati@ec-op.com>, Lawrence Benenati <lawrence.benenati@ec-op.com>

100 PERCENT UNDERSTOOD
[Quoted text hidden]
--