# EXHIBIT 5

Case 1:18-cv-02600-NG-LB   Document 22-5   Filed 05/26/21   Page 2 of 2 PageID #: 324
06/04/2020  14:16   7186225062            SPINE                       PAGE  01/02
6/4/2020                East Coast Orthotic & Prosthetic Corp Mail - [SBUH] MUST READ: TLSO and Miami J's



Christopher Noria <christopher.noria@ec-op.com>

# [SBUH] MUST READ: TLSO and Miami J's
4 messages

**John Benenati** <jack.benenati@ec-op.com>　　　　　　　　　　　　　　　　Sat, Sep 30, 2017 at 2:09 PM
To: sbuh@ec-op.com
Cc: vbenenati@ec-op.com

Good morning,

My dad had a conversation with Dr. Morelli yesterday and he brought up some concerns.

First, he is unhappy with the way we are applying the Miami J's. It's important that we contour the collars around the patients necks. He also stated that multiple times patients have been seen with the backs on upside down. Although I don't think this is us we need to pay attention to detail and make sure we are putting them on correctly. I am looking to set up another in-service for us on the collars so that we can all be refreshed on proper fittings.

Next, he brought up patients receiving braces and not being fitted with them. He had an 82 yr old patient in the ER getting discharged without being fitted. I'm sure there was a reason for this but every time we apply a brace make sure we write a note stating we fit the patient and if we took the brace off because they were laying in bed please make note of that as well.

Lastly, which is very good for us Dr. Morelli stated he only wants custom TLSO for he never wants LSO! Whenever ortho residents call please make sure we let the residents now this. IF they ask for a prefab TLSO let them know that Dr. Morelli told us he only wants custom TLSOs.

If you have any questions please get in touch with me.

--
The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.

---

**Christina Bartel-Nathanson** <christina.bartel@ec-op.com>　　　　　　　　　Sat, Sep 30, 2017 at 5:02 PM
To: John Benenati <jack.benenati@ec-op.com>, sbuh@ec-op.com
Cc: vbenenati@ec-op.com

Understood!
[Quoted text hidden]

--
Christina Bartel
Orthotic Fitter
(631) 561-1248
[Quoted text hidden]

---

**Jack Benenati** <jack.benenati@ec-op.com>　　　　　　　　　　　　　　　　Sun, Oct 1, 2017 at 8:42 AM
To: Groups - Stony Brook University Hospital <sbuh@ec-op.com>
Cc: "Vincent A. Benenati" <vbenenati@ec-op.com>

Below is a helpful youtube Video on proper Miami J sizing/fitting

Please watch

https://www.youtube.com/watch?v=W12DW-o3jfI