# EXHIBIT 6



Jose Martinez <jose.martinez@ec-op.com>

## Open Orders/Revenue
3 messages

**Mark Rodman** <mark.rodman@ec-op.com>  Wed, Apr 11, 2018 at 8:02 AM
To: Aaron Baker <aaron.baker@ec-op.com>, Chad Poole <chad.poole@ec-op.com>, Chandni Persaud <chandni.persaud@ec-op.com>, Christopher Noria <christopher.noria@ec-op.com>, Cody Bacon <cody.bacon@ec-op.com>, Cody Hugasian <cody.hugasian@ec-op.com>, Dylan Kilfoil <dylan.kilfoil@ec-op.com>, Jack Benenati <jack.benenati@ec-op.com>, John Feliciano <john.feliciano@ec-op.com>, Jose Martinez <jose.martinez@ec-op.com>, Joseph Grillo <joseph.grillo@ec-op.com>, Judiann Campbell <judiann.campbell@ec-op.com>, Luis Cortes <luis.cortes@ec-op.com>, Ray Price <raymond.price@ec-op.com>, Romeo Magat <romeo.magat@ec-op.com>, Samantha Sagendorph <samantha.sagendorph@ec-op.com>, Toni Sommeso <toniann.sommeso@ec-op.com>

Good morning all,

I was looking over the open orders yesterday and many of you have a lot at this point in the month. Some have been open since the beginning of last month (unacceptable). Many are for rx or op notes, clinical notes, etc. Our goal is to have clean orders within 1-3 days of the item being dispensed at the most (certain insurances we need same day notes, rx-you all know this). I recognize that there are some sites that the doctors come to once a week or even once a month. That is why it is extremely important that you get everything you need from them right away. If not then you have to figure out a way to get what you need and not wait until the doctor comes back to your site a week or month later.

If you are not sure about your open orders (you all should be keeping a google sheet for your site) check with your CSR daily and work towards closing them out. Update your CSR about what is going on and when you will have it done. This should be documented in Fasttrack so everyone can see the efforts you are making to resolve the situation. Every day needs to be a strong effort to close out your orders.

Revenue, many of you are making great efforts at increasing the revenue at your site. I am noticing some changes with increases in the use of our back braces, short runners, post-op knee (pre-operative), PAD and RAD, Action Hinge, bone stimulators, OA braces (third HA injection consultation), EXOS, Optec Pro Collar, and cam walkers. These are all good revenue generating items. Many of you have increased your monthly incentive items due to these changes as well. Think about other ways that may increase revenue as well.

We need to push every day to "get that one more brace". We need to treat every day as if it is our first with the company and work diligently with each doctor, PA, MA, etc. and strive to provide their patients with a brace that can help them. You never know what is going to come your way unless you reach for it. Last month was a good month for several of your sites, but overall for the quarter many of you are down. Every effort makes a huge difference, YOU make a difference. Lets all work hard each and every day this month and show ownership what WE are capable of doing.

As always, if you need anything from me to assist you I am only a phone call away.

Thank you all and keep up the great work!
Mark



Mark R. Rodman, MSEd, ATC
Regional Manager-Long Island, Queens and Brooklyn