# EXHIBIT 7

# ORTHOTIC & PROSTHETIC SERVICES
*THAT WORK FOR YOU.*

### Step 1: East Coast provides your practice with inventory
Inventory including Durable Medical Equipment, Prefabricated Braces, Custom Braces and Prosthetics.

### Step 2: An East Coast Authorization Specialist manages your Authorizations
Included in the service, East Coast Orthotic & Prosthetic Corp. has a specialized group of professionals who will obtain authorizations for all patients that you will be billing. We have a designated account representative who will oversee your account and work with your billing department beginning from the very early implementation stages. Your representative will meet monthly with your billing department to work on any denials or any other challenges you may have. This service is included by our organization at no additional charge to your practice.



### What we Do
- 24/7 Availability
- Durable Medical Equipment
- Prefabricated Braces
- Custom Braces
- Custom Prosthetics
- Authorizations
- Fitting

### Step 3: An East Coast Practitioner fits your patients
We employ orthotists, prosthetists, and orthotic fitters so that you do not have to. This enables you to concentrate solely on meeting your patient needs, while we concentrate on the actual devices and the fitting of your patient.

Many of our staff members come with years of experience working in clinical settings and have familiarity with the issues that may be facing your patients. The comfort of being able to turn to our friendly and knowledgeable staff is one of the many benefits of working with our company.

### Step 4: Your Practice Bills

### Step 5: East Coast Bills your practice