# EXHIBIT 8



# ▼Site-Specific Information

This document provides information specific to East Coast branches including the assigned CSR, the Address, and the best method of transportation.

## Effective Use

This document is a work in progress and changes as responsibilities and assignments change. While you cannot directly edit the document, you can use the commenting system to leave an editor messages. Please try to keep comments informational as in you, as a commentor, are providing new and updated information for the document. An example comment would be 'Please update the telephone number' or 'These particular doctors (Frank, Johnny, Mike) no longer practice here.' Your comments will be shown along the document to everyone who opens it, and changes will be made to the actual file periodically: removing the comment and updating accordingly.

## Editing the Document

Please try to keep the branch numbers in consecutive order. Copy a previous table and paste it where needed. Highlight the field you would like to overwrite. Then, copy information from an email or another document and press **'ctrl+shift+v'** to paste the information according to the destination formatting.

| **6**<br><br>**All Orders Through ECOP** | **NY Presbyterian: Weill Cornell**<br>**CSR:** Wendy Zuniga<br>**Office Manager:** Ashley Dikos (Orthopedic Manager)<br>**Practice Hours:** 8am-5pm (Referrals possible over weekend) | **525 East 68th Street**<br>**New York, NY 10021**<br>**TEL : 212-746-4551**<br>**FAX:** |
|---|---|---|
| | **Transportation:** public transportation | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Lorich<br>• Dr. Wellman<br>• Dr. Lane<br>• Dr. DiFelice<br>• Dr. Sculco<br>• Dr. Gellhorn<br>• Dr. Fufa | • PCam boots<br>• Post-Op Knees<br>• Arc Slings<br>• Knee cpms & Shoulder cpms<br>• Cold Rush<br>• Gameready |
| **Practice Specifics** | **Location of our Equipment:**<br><br>Starr Pavilion, 2nd Floor (Orthopedic hallway) |

2 | est. April 2016 | Last Edited September 2016

3/38

| **7**<br><br>**Partial Wholesale** | **SUNY Downstate Medical Center**<br><br>**CSR:** Andres Posada<br>**Office Manager:** Carlo Crucero<br>**Practice Hours:**<br>Monday-Thursday 9am-5pm<br>Friday 10am-6pm | **760 Parkside Ave**<br>**Brooklyn, NY 11203**<br>**TEL: No number available**<br>**FAX:** |
|---|---|---|

**Transportation:** By Car, two parking spaces @ Downstate Dialysis Center, will need remote control

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Koehler - Hand<br>• Dr. Persaud - Knee<br>• Dr. Urban - Knee<br>• Dr. Uribe - Foot and Ankle<br>• Dr. Braun - Podiatry<br>• Dr. Hesham - Peds<br>• Dr. Paulino - spine<br>• Dr. Maheshwari - knee<br>• Dr. Casagrande - hand | • CAM walkers<br>• Lace -up ankle orthosis<br>• Red knee braces<br>• Custom Foot Orthotics<br>• Rigo Cheneau<br>• Cock Up Wrist Splint/ Thumb Spica<br>• Custom AFO/ KAFO |
| **Practice Specifics** | **Location of our Equipment:**<br><br>Cast Room in back of office |

3 | est. April 2016 | Last Edited September 2016

1/38

| **9**<br><br>**All Orders Through ECOP** | **Staten Island University Hospital Department of Pediatric Orthopedics**<br>**CSR:** Sophia McKenzie<br>**Office Manager:** Liz<br>**Practice Hours:** Thursdays 9am-4pm | **2955 Veterans Rd**<br>**West Staten Island, NY 10309**<br>**TEL : 718-226-1249**<br>**FAX:** |
|---|---|---|
| | **Transportation:** by car | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Qusai Hammouri | • Cam Walkers<br>• Cock Up Wrist Splints<br>• Thumb Spicas<br>• Wrist Fx braces<br>• Hinged Knee Braces<br>• Custom Braces: Scoli's, AFO's HKAFO's, Resting hand splints etc. |
| **We are at this office on Thursday's only** | **Location of our Equipment:**<br><br>Cabinet in the back of the office located by the rear exit. Next to the doctor's storage closet. |

4  |  est. April 2016 | Last Edited September 2016

5/38

| **10**<br><br>**All Orders Through ECOP** | **Beth Israel Medical Center Phillips Ambulatory Care Center**<br><br>**CSR:** Sophia McKenzie<br>**Office Manager:** Irene Vinopol – 212-844-8153<br>**Practice Hours:** 8am-5pm (M-F) | 10 Union Square East<br>3M<br>New York, NY 10003<br>TEL : 212-844-8396<br>FAX: |
|---|---|---|
| | **Transportation:** Parking garage under the building. Trains: NQR, 456 and L. | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Steven Arsht: Knee and Shoulder reconstruction and Sports Medicine. Surgery is rare usually mornings before clinic hours.<br>• - Catherine Compito: Shoulder, Elbow and Sports Medicine. Surgery Wednesday<br>• - Frances Cuomo: Shoulder and Elbow. Surgery Tuesday, Thursday, and Friday.<br>• -Christopher Hubbard: Foot and Ankle. Surgery Monday, Thursday and Friday.<br>• - Donald Kastenbaum: Hip and Knee Replacement Surgery Tuesday and Wednesday<br>• - Peter D. McCann (Department chair): Shoulder and Elbow Surgery Monday and Wednesday possible Friday.<br>• -Ken Miyasaka: Hand Surgery and General Ortho. Surgery Monday, Tuesday and Friday.<br>• - Sheldon Simon: Pediatric Orthopedics. Surgery Wednesday and Friday. | • Cam Walkers<br>• Post op knee braces (ROMKNE)<br>• Boots & Bars<br>• Pavlik Harness |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Bellevue staff takes care of inpatient referrals | Storage cabinets in Suite 3L & 3L cast room |

5 | est. April 2016 | Last Edited September 2016

5/38

| | | |
|---|---|---|
| **11**<br><br>**Wholesale** | **Columbia Doctors @ Childrens Hospital of NY (CHONY)**<br>**CSR:** Tom Giordano<br>**Office Manager:** Contact Lance Pliego & Thomas Giordano with all issues or questions<br>**Practice Hours:** 8:30am-5:30pm | **Columbia Doctors**<br>**3959 Broadway**<br>**8th Floor, Room N833N**<br>**New York, NY 10032**<br>**TEL : 646-317-6557**<br>**FAX:** |

**Transportation:** The A or 1 subway train is the most direct route going north from lower Manhattan (i.e. Penn station or Port Authority). The 3 most direct roads to the hospital are the FDR, The West side Highway, or the cross Bronx expressway.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Joshua Hyman – Pediatric Orthopedics<br>• Dr. Ben Roye – Pediatric Orthopedics<br>• Dr. Michael Vitale- Pediatric Orthopedics<br>• Dr. Joseph Dutkowsky- Pediatric and Adult Orthopedics<br>• Dr. Charles Popkin- Pediatric and Adult Orthopedics<br>• Dr. Francis Lee- Pediatric and Adult Orthopedics<br>• Marina Gazayeva NP- Pediatric Orthopedics<br>• Amber Sentell NP- Pediatric Orthopedics<br>• Jen Crotty NP- Pediatric Orthopedics<br>• Katie Fields NP- Pediatric Orthopedics | • Tall camboots<br>• Ponsetti afo's<br>• dobb's and ponsetti bars<br>• pavlik harness<br>• cock-up wrist splints<br>• Reddy knee's<br>• lateral J's<br>• Ankle stirrup<br>• lace-ups<br>• AFO |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Physicians and Nurse Practioners working out of this location change their office hours often but a typical week may look like:<br>   ○ Mon: Dr. Ben Roye 9-5pm, Dr. Lee 9:30-1:00<br>   ○ Tues: Dr. Ben Roye 9-12pm, Dr. David Roye 12:30-5pm, Dr. Popkin 9:30-1pm<br>   ○ Wed: Dr. Hyman 10-5pm, Dr. David Roye 9-5pm<br>   ○ Thurs: Dr. Vitale 12-6pm<br>   ○ Fri: Dr.Dutcowsky 9:30-1pm, Dr. Hyman 12:30-5pm, Jen Hope 12:30-5pm<br>• Most of these doctors require the ability to cast for immobilizing patients or doing corrective serial casting in exam rooms on the day of office hours but also in the operating room on days of surgery<br>• ECOP still processes orders for carriers the MD cannot bill | There is a thin off white cabinet in CHN 815 (in the hallway that approaches pediatric orthopedics). This cabinet houses Maple Leaf's, knee immobilizers, Knee ROMs, and elbow ROM's. Any other devices or supplies may be sought in locations VC3, Irving, or the store (3927 Broadway) |

6  |  est. April 2016 | Last Edited September 2016

7/38

| **13** Wholesale | **Columbia Doctors/Grand Orthopedics** <br> **CSR:** Tom Giordano <br> **Office Manager:** Cianesi Schladitz <br> **Practice Hours:** 8:30am-4:30pm (hours vary based off of doctors schedules) | **500 Grand Ave** <br> **Floor 1 Suite 101** <br> **Englewood, NJ 07631** <br> **TEL : 201-569-0440 option 4** <br> **FAX:** |
|---|---|---|

**Transportation:** CAR and or city shuttle from route 4 that goes back and forth from GWB. Parking on site at Offices.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Ahmad – sports med <br> • Strauch  ELBOW/HAND/ WRIST <br> • Bottiglieri Sports MED/ Non-surgical <br> • Lynch Sports MED <br> • Jobin Shoulder/ Sports MED <br> • Popkin  PEDS Ortho/ Sports MED <br> • Hyman  PEDS ORTHO <br> • Nercessian  Knee/ HIP <br> • Rosenwasser   Elbow/ HAND/ WRIST <br> • KIM  SPINE <br> • Lee  SPINE <br> • Geller  KNEE/ HIP <br> • Levine  Shoulder/ Knee <br> • Greisberg- Foot/Ankle <br> • Vosseller – Foot/Ankle | • Wrist splints <br> • Thumb Splints <br> • CAM Walkers <br> • crutches <br> • PAD Slings <br> • Knee Roms <br> • Reg Slings <br> • Lace up ankle braces |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Practice is also connected to PM&R physical therapy, pain management and rehab as well PCA outpatient surgery on the second floor. We Supply to both of PM&R and PCA non wholesale. <br> • ECOP still processes orders for carriers the MD cannot bill | Closets behind front desk, storage area by second waiting room & closet in back exam room |

| **14** **Wholesale** | **Irving** <br> **CSR:** Melissa Osorio <br> **Office Manager:** Contact Tom Giordano & Lance Pliego <br> **Practice Hours:** 8am-5pm | **161 Fort Washington Avenue, 2nd Floor** <br> **New York, NY 10032** <br> **TEL : 212-305-1575** <br> **FAX:** |
| --- | --- | --- |

**Transportation:** Parking is limited (and expensive) train/bus/subway are best options.

| **Doctors** | **Commonly Dispensed** |
| --- | --- |
| • Greisberg <br> • Vosseller <br> • Popkin <br> • Nercessian <br> • Strauch <br> • Evangelista <br> • Lynch | • Cam Walkers <br> • Hinged Knee Braces <br> • Hip Braces <br> • Cock Up Wrist Splints <br> • Thumb Spicas <br> • Lace Up Ankle Braces |

| **Practice Specifics** | **Location of our Equipment:** |
| --- | --- |
| • This site is Medicare credentialed and receives many orders for diabetic shoes/inserts and walkers (Rollators) | cabinets in ECOP office, additional items @ Broadway Store |

| **16/46** **Wholesale** | **University Orthopaedics** <br> **CSR:** Stephen Handler <br> **Office Manager:** Mary Beth McCabe <br> **Practice Hours:** Monday - Friday, 8am - 5pm | **19 Bradhurst Ave Suite** <br> **1300 Hawthorne, NY 10532** <br> **TEL : 914-789-2700** <br> **FAX:** |
| --- | --- | --- |

**Transportation:** car (giant parking lot), bus (bus stop in front of building)

| **Doctors** | **Commonly Dispensed** |
| --- | --- |
| • Dr. Daniel Kelmanovich - foot/ankle <br> • Dr. Richard Magill - hand <br> • Dr. Daniel Zelazny - sports medicine <br> • Dr. David Asprinio - trauma/spine <br> • Dr. Andrew Grose - trauma/joint reconstruction <br> • Dr. Zeynep Olgun - pediatric urology, pediatric orthopedics <br> • Dr. Damon Delbello - pediatric orthopedics <br> • Dr John Galeno - spine <br> • Dr. Adam Lazzarini - Hip <br> • Dr. Howard Luks - knees | • Cam Walkers <br> • Knee Roms <br> • Thermoplasts <br> • Cock-up wrist splints <br> • LSO's <br> • custom SMO's <br> • custom AFO's <br> • custom spinals, etc |

| **Practice Specifics** | **Location of our Equipment:** |
| --- | --- |
| • ECOP still processes orders for carriers the MD cannot bill <br> • Dr. Galeno runs late - usually till around 7pm on Monday's and Fridays.  Dr. Asprinio runs late - usually around 8:30 on Tuesdays | We have our equipment in the cast room of the practice as well as the closet of East Coast's office in Suite 500N. |

| **18** Wholesale | **Columbia Doctors, Midtown**<br>**CSR:** Tom Giordano<br>**Office Manager:** Nanyamka Thomas-Midtown Clinical Site Manager<br>Latrice Singleton- Columbia Midtown Clinical Team Lead<br>**Practice Hours:** 8am-5pm (M-F) | **51 West 51st Street,**<br>**3rd Floor Suite 370**<br>**New York, NY 10019**<br>**TEL : 212-326-3329**<br>**FAX: 212-326-3345** |
|---|---|---|

**Transportation:** Subway/Train (F,M,B,D  at 47-50th st Rockerfeller Center) (Q ,N,R at 49th street) (E 5th ave 53rd st )

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr,Levine-(Shoulder and Knee),<br>• Dr.Ahmad-(Sports Medicine),<br>• Dr. Rosenwasser--(Hand,Microvascular and trauma),<br>• Dr. Kadiyala-(Hand,elbow,upper extremity),<br>• Dr. Stauch-(Hand),<br>• Dr.Fischer(Spine),<br>• Dr. Jobin-(Shoulder/Elbow) ,<br>• Dr. Riew-(cervical Spine),<br>• Dr.Lehman(Spine),<br>• Dr. Popkin(Sport Medicine/ Pediatrics)<br>• Dr.Weidenbaum-(Spine),<br>• Dr. Kim-(Spine), Dr.Lee(Pediatrics and Orthopedic Oncology), Dr.Vitale-(Pediatric/Spine), Dr.Steffner(Orthopaedic Surgery),<br>• Dr.Bottiglieri(Non Surgical Sports Medicine),<br>• Dr.Smith and<br>• Dr. Chen- (Physical Medicine and Rehabilitation/Pain Medicine),<br>• Dr. Visco-Dr-Hameed, Dr.Beveloqua- (Physical Medicine and Rehabilitation/Sports Medicine) | • ROMKNE<br>• Shoulder PAD Sling<br>• Cock-up Wrist Splint<br>• Tennis elbow brace<br>• soft cervical collar<br>• Arm Sling |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Tuesdays a Hand Specialist is Present working with Dr. Kadiyala.<br>• There is a list posted on the Corkboard with a list of insurances billed through ECOP and NYOHA. Make sure NYOHA patients are scanned to CRO from the fax machine. ECOP patients are sent to Thomas Giordano through fax.<br>• ECOP still processes orders for carriers the MD cannot bill | 9 Cabinets and 3 draws closest to the door and Storage closet inside Clinical Work room |

Site Specific Information Sales Docs

| **23** Wholesale | **Erie County Medical Center** **CSR:** Wholesale **Office Manager:** **Practice Hours:** | |
|---|---|---|
| | **Transportation:** Minimal street parking, subway or bus is a better option. | |

- Dr Ritter - (716) 898-5506 - His office sees patients at ECMC everyday except thursday. He specializes in foot and ankle and  trauma.. he uses a ton of CAM boot, ASOs, ROM knees, and basically anything needed to care for trauma pts.. He does a ton of surgeries. Operates out of ECMC as well. Covers ortho clinic on mondays.. office manager is Jen.
- Dr Stegemann - (716) 898-4734 - He sees patients at ECMC everyday except thursday. He specializes in shoulder/UE. He no longer does surgery.. Uses all UE orthotics as well as andom ankle braces and CAM boots as appropriate. Office manager is Brenda.
- Dr Duquin - (716) 898-4426 - He sees patients at ECMC Mon, Wed and Fri. He specializes in upper extremity and uses all related upper extremity orthotics. Operates out of ECMC as well. Office manager is Paula

- Dr Mutty - (716) 898-3944 - He sees trauma patients and does joint replacements.. Has office hours at ECMC on wednesdays. Uses almost everything we offer depending on need..Operates out of ECMC as well. Office manager is Lynn
- Dr Jones - (716) 204-3241 - He sees patients at ECMC on wednesdays. He specializes in upper extremity.. uses wrist, hand and shoulder orthotics as appropriate. Operates out of ECMC as well. Office manager is Sarah
- Dr Rohrbacher - (716) 898-4733 - He sees patients on thursday at ECMC. Specializes in foot and ankle.. uses CAM boots, toe alignment splints, ASOs. Operates out of ECMC as well.. Office manager is Tina
- Dr Ablove - (716) 898-3457 - He sees patients at ECMC on Fridays. Specializes in upper extremity.. uses all wrsit, hand and shoulder orthotics. Office manager is Jesse
- Dr Kowalski - (716) 810-7999 - Sees patients at ECMC on thursdays. Specializes in spine.. calls for TLSOs, LSOs and miami J collars. covers ortho clinic on thursdays..
- Dr Anders - (716) 898-3085 - Sees patients at ECMC on tuesdays and fridays. Specializes in Knee and Trauma.. Operates out of ECMC.. calls for almost anything we offer.. covers ortho clinic on fridays.. Office manager is Patty.

## 24
**Wholesale**

# University Orthopaedics

**CSR:** Wholesale
**Office Manager:** Sue Whitefield
**Practice Hours:**
- Office hours are generally 8-5...some doctors start at 7:30am, ex: Dr Czyrny and Kowalski
  - Patients seen on 1st and 3rd floor
- Orthocare is from 5-9pm Mon-Fri and 9-4 on Sat
  - Patients are seen on 1st and 3rd floor

4949 Harlem Road
Amherst, NY 14226
TEL : 716-204-3200
FAX:

**Transportation:** Car is best method of transportation, there is off street parking in a lot

### Doctors

- Phillips, Santilli, Rachala (Joint replacement)
- Robin, Kristin (PA's)
- Fineberg, Wind, Bisson (sports medicine-shoulder/knee)
- Greg, Andrea, Tara, Kelly (PA's)
- Marzo, Jain, Freitas, Darling(general medicine)
- Tara (PA)
- Bagnall, Czyrny (rehabilitation medicine)
- McGrath- (orthopaedic oncology)
- Doak, Ferrick, Galpin (Pediatrics)
- John (PA)
- Kowalski, Hamill (Spine)
- Mary Jo (NP)
- Ablove, Jones (Hand/upper extremity)
- Amanda, Frank (PA)
- Ritter (Ankle/foot)
- Shane, Karen (PA's)
- John Hanavan (NP) orthocare
- Rebecca Hohle (PA)-orthocare

### Commonly Dispensed

- L4360, L3908, L3807, L1820, L1830, L1832, (L1845, L2820, L2830, L2810x2), L3260, A4565, L3670, E0114, L1906, L1930, L4386, L3760, L3923, L3332

### Practice Specifics

- l

### Location of our Equipment:

- Our equipment is located in a small office in the back of the building in pod C

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| Fineberg | Galpin | Galpin | Ritter | Phillips |
| Wind | Bisson | Jain | Freitas | Jones |
| Ablove | Jones | Phillips | Finberg | McGrath |
| Ferrick | Rebecca PA | Hamill | Czyrny | Fineberg |
| Rebecca PA | Andrea PA | Wind | Rebecca PA | Bagnall |
| McGrath | Tara PA | Kowalski | Tara PA | Doak |
| | Darling | Rebecca PA | Kelly PA | Rebecca PA |
| | Czyrny | Hanavan NP | Annie PA | |
| | Bagnall | Bagnall | Ferrick | |
| | | | Santilli | |

| **24E**<br>**Wholesale** | **UB/MD Orthopedics &**<br>**Sports Medicine**<br>**CSR:** Wholesale<br>**Office Manager:** Kim Cenname<br>TEL: #716-821-4400 ext 1061<br>**Practice Hours:** 8:30am-4:30pm | **5959 Big Tree Rd**<br>(Also known as, Rt. 20A)<br>**Suite 108**<br>**Orchard Park, NY 14127**<br>**TEL : 716-821-4400 ext 1008**<br>**FAX:** |
|---|---|---|
| | **Transportation:** Off street parking lot | |

### Doctors

- Robert Ablove- Hand & upper Extremity
- Mark Anders - Trauma Surgery, Reconstruction & general Surgery
- Geoffrey Bernas- Sports Medicine, Knee, Shoulder & Hip Arthroscopy
- Lindsey Clark- Spine Surgery
- James Czyrny- Rehabilitation Medicine
- Scott Darling- Primary Sports Medicine/ Concussion Clinic
- Jeremy Doak- Pediatric Orthopaedics/Scoli/Hip Arthroscopy
- Marc Fineberg- Sports Medicine/ Knee and Shoulder
- Michael Freitas- Primary Care/Sports Medicine/Concussion Clinic
- Robert Galpin- Pediatric Orthopaedics
- Jennifer Gurske- Foot and Ankle
- Joshua Jones- Hand and Upper Extremity
- Chris Mutty- Trauma/Surgery and Joint Replacement
- Matt Phillips- Lower extremity and Joint replacement reconstruction
- Sridhar Rachala- Lower extremity joint replacement
- Michael Rauh- Sports Medicine, Knee and Shoulder Arthroscopy
- Christopher Ritter- Foot and ANkle, Trauma
- William Wind- Sports Medicine, Knee/SHoulder Arthroscopy

### Commonly Dispensed

- Ultra Slings
- Knee/Ankle Cryocuffs
- CAM boots
- Reddie Knees
- Lateral J's
- ROM Knee Braces
- Cock-up splints/Thumb Spicas/ Moddabers
- Lace-up Ankles
- Frank Stubbs
- Townsend ACLs
- Crutches
- Powerstep Maxx
- Bledsoe/Newport lites
- Playmakers

### Practice Specifics

- Ablove/ Anders- First and third tuesday
- Bernas- M--F
- Clark/Jones- First and Third wednesday
- Doak-Mondays only
- Darling- Thursdays
- Cryzny- Thursday
- Gurske- Tuesday/Thursday 7:30 am and Every other Wednesday
- Galpin- Every Wednesday
- Freitas-Mondays
- Fineburg- Wednesday
- Mutty- 2nd and 4th  Monday
- Phillips- 2nd and 4th Wednesday
- Rachala- Monday
- Rauh- M-F
- Ritter- 2nd and 4th Tuesdays
- Wind- Friday
- ECOP still processes orders for carriers the MD cannot bill

### Location of our Equipment:

DME office is located in the main hallway of the suite where all equipment is located.

12  |  est. April 2016 | Last Edited September 2016

3/38

| **29**<br>**All Orders**<br>**Through ECOP** | **Millard Fillmore Surgery Center**<br>**CSR:** Alina Ashman<br>**Office Manager:** Heather Braun – 716-568-6139<br>**Practice Hours:** 7:30am-4pm/5pm | **215 Klein Road**<br>**Buffalo, NY 14221**<br>**TEL : 716-568-6100**<br>**FAX:** |
|---|---|---|

| **Transportation:** Minimal street parking, subway or bus is a better option. |
|---|

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr Pochatko-(foot/ankle)<br>• Dr Bisson-(shoulder/knee)<br>• Dr Buran-(shoulder/knee)<br>• Dr Douglas(shoulder/knee)<br>• Dr fineberg (shoulder/knee)<br>• Dr Mcgrath (shoulder/knee)<br>• Dr Wind (shoulder/knee) | • romkne,<br>• crureg/crutal<br>• f100lg/f100xl<br>• kim22/kim20<br>• crctsh/crctkn |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Changes all the time Mondays usually just Dr. Pochatko | warehouse |

| **34**<br>**All Orders**<br>**Through ECOP** | **Jacobi Medical Center**<br>**CSR:** Lysette Cruz<br>**Office Manager:**<br>Christine – Orthopedics Coordinator<br>718-918-5000 or 914-564-6340 (Josh – ECOP Practitioner) | **1400 Pelham Parkway**<br>**South Bronx, NY 10461**<br><br>**TEL :**<br>**FAX:**<br>**\*(Buildings 6, 1 & 8)** |
|---|---|---|

| **Transportation:** Minimal street parking, subway or bus is a better option. |
|---|

| **Doctors** | **PAs** | **Commonly Dispensed** |
|---|---|---|
| • Dr. Hirsch – Hand<br>• Dr. Sokol- Ortho<br>• Dr. Dimitriolus – Ortho | • Karl Neddermeyer<br>• Angela Pantelias<br>• Opu Rahman<br>• Kristin Marsigliano<br>• Markiel Sionov | • Cock-up wrist splints<br>• Cam Walkers<br>• Knee Roms<br>• Hinged knee braces<br>• Lace up ankle braces<br>• inpatient spinals |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Monday - adult ortho clinic,<br>• Tuesday - hand clinic,<br>• Wednesday - ortho clinic, vascular clinic,<br>• Thursday - sports clinic and Friday - pediatric and adult ortho clinic.<br>• Friday, 8:30am - 3pm (also inpatients when needed) | Storage closet in the staff lounge with lock, keys in clinic administration room |

13   |   est. April 2016 | Last Edited September 2016

1/38

| **35** Wholesale | **Columbia Doctors @ Tarrytown** <br> **CSR:** Tom Giordano <br> **Office Manager:** <br> Office Manager - Nancy Objay - 646-317-3205 <br> Practice Manager - Maggie - 646-317-3288 <br> Head MA - Michelle - 646-317-3230 <br> **Practice Hours:** Variable - As early as 7:30am, as late as 6:30pm <br> Both the front desk people (Tasha, Maria, Chris) and Michelle (head MA) are the resources that I use to determine the Doctors clinic hours. They seem to change a lot, so I check frequently throughout the week. | **Columbia Doctors** <br> **155 White Plains Road** <br> **Suite W100, Tarrytown, NY 10591** <br> **TEL : 646-317-3200** <br> **FAX:** |
|---|---|---|
| | **Transportation:** | |

**Doctors**

- Doctors - Ortho
    - Christoper Ahmad, MD – shoulder, elbow, sports
    - Charla Fischer, MD – spine
    - Jeffrey Geller, MD – hip, knee
    - Justin Greisberg, MD – foot, ankle
    - Joshua H yan, MD – pediatric ortho
    - Charles Jobin, MD – shoulder, elbow, sports
    - Kumar Kadiyala, MD – hand, elbow, upper ext, peripheral nerve
    - YongJung Kim, MD – spine
    - William Levine, MD – shoulder, elbow, sports
    - T. Sean Lynch, MD – shoulder, elbow, sports
    - William Macaulay, MD – hip, knee
    - Charles Popkin, MD – sports, pediatric sports
    - Melvin Rosenwasser, MD – hand
    - Ben Roye, MD – pediatric ortho
    - David Roye, MD – pedriatric ortho
    - Robert Strauch, MD – hand
    - Michael Vitale, MD – pediatric ortho
    - Mark Weidenbaum, MD – spine
    - Natasha Desai, MD – non-surgical ortho
    - Roshan Shah, MD – hip, knee
- Doctors – Rehab Medicine – always ECOP PPA
    - Patricia Tan, MD – pediatric (AFO, SMO)
    - Christolias, MD – spine, pain mgmt.
    - Bevelaqua, MD – pain mgmt.

**Commonly Dispensed**

- ROM knees
- ASO ankle
- cock up wrist
- Cho-pats
- Townsend knees,
- Cutting off casts for Roye & Popkin,
- Molding for Roye & Tan
- I keep T-scopes on hand for Zambetti referrals

**Practice Specifics**

- There is a list of insurances billed through ECOP and NYOHA on the wall and on the clipboard, the PPA's for each are in the filer on the left side of the sink, there are more under the sink.
    - Always use an EC PPA for Dr. Tan regardless of insurance, as she is not part or the Ortho group
    - Same places for the list of self-pay items
- ECOP still processes orders for carriers the MD cannot bill

**Location of our Equipment:**

Based in the Treatment Room – walk in the main front doors, past the front desk, take a left and the treatment room is room 72 just on the left as you turn to the right.
All casting material is in this room. Tools and EXOS in the cabinet above the right sink, neo thumbs, cho-pats, and slings above the left sink. Paperwork is on that counter and under the sink along with padding and Velcro material, and cervical collars.
The large closet half way down the hall on your left has everything else. There is a shelf on each end of the closet and the shelves are labeled.

14 | est. April 2016 | Last Edited September 2016

5/38

| **38** | **Bellevue Hospital Center** | **462 1st Avenue** |
|---|---|---|
| **All Orders Through ECOP** | **CSR**: Alessandra Scalia <br> **Office Manager:** Contact Glenn Barman 516-754-0165 <br> **Practice Hours:** Hospital is staffed 24/7 | **(Clinic 1A, Building B)** <br> **New York, NY 10016** <br> **TEL : 646-491-1854** <br> **212-562-8532** <br> **FAX:** |

**Transportation:** 6 train, 15 bus, parking garage across street

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Hacquebord. Hand clinic Mondays 9-4 <br> • Kalva rehab clinic Monday, Thursday, Friday <br> • Kerian brace clinic Wednesday 1-5 <br> • Mclaurin fx clinic Tuesday 8-2 <br> • Lugo vascular Monday 1-4, Wednesday 9-12 <br> • Cowart, Roth, Penny-podiatry everyday <br> • Phillips & Frances peds ortho Thursday all day. <br> • Sukhov peds rehab every other friday 8-1 <br> • Dryer spine every other friday all day <br> • Ragucci & Qu TBI fridays all day | • cam boots <br> • cock ups <br> • post op shoes <br> • ROM post op knee <br> • thumb spica <br> • ready knees <br> • lso <br> • tlso <br> • humeral fx <br> • night time plantar fasc. <br> • aspen collars <br> • plus all custom |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Patients are seen on inpatient floors, in the ER and in the clinics | 1A clinic area \| main building 7th floor \| ER |

15   est. April 2016 \| Last Edited September 2016

5/38

## 40

**Wholesale**

# Specialty Orthopaedics

**CSR:** Lysette Cruz
**Office Manager:** Dr. Zelicof or Dr. McWilliam
**Practice Hours:**
mon. 9-8
tues. 9-6
wed. 9-6
thur. 9-8
Fri. 9-5

**600 Mamaronek Ave**
**Suite 101**
**Harrison, NY 10528**
**TEL : 914-686-0111**
**FAX:**

**Transportation:** Large free parking lot

---

### Doctors

- Dr. Zelicof - joint replacement (hips and knees)
- Dr. McWilliam - Foot & Ankle
- Dr. Brotea - Spine
- Dr. Dhar - Sports Medicine
- Dr. Insel - Upper Extremity

### Commonly Dispensed

- Prefab
- cam boots
- ultra slings
- Romkne
- aspen collar
- action hinge
- aso
- airlift PTTD
- Custom Braces
- oa premier reliever,
- arizona
- Ritchie

---

### Practice Specifics

- We have our own voicemail in the office which must be checked daily.
- We operate a credit card machine for the office login located in right hand drawer.
- Keep track of casting material.
- ECOP still processes orders for carriers the MD cannot bill

### Location of our Equipment:

braces and workstation located in cast room

16  |  est. April 2016 | Last Edited September 2016

7/38

Site Specific Information Module Docs

| **41**<br>**All Orders**<br>**Through ECOP** | **Wert Orthopaedic Surgery & Sports Medicine**<br>**CSR:** Sophia McKenzie<br>**Office Manager:** Natalie Matias (Receptionist)<br>Dr. Sanford Wert (father)<br>Dr. Matthew Wert (Son)<br>**Practice Hours:**<br>Monday - Tribeca 9-5<br>Tuesday 11am-7pm,<br>Friday 1pm-7pm | Wert Orthopaedic<br>Surgery & Sports Medicine<br>3075 Brighton 13th Street<br>Brooklyn, NY 11235<br>TEL : 718-332-4747<br>FAX: 718-513-0517 |
|---|---|---|

**Transportation:** Some parking. Public transportation B or Q train a couple blocks away.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Sanford Wert (father)<br>• Dr. Matthew Wert (Son) | • L1820,L1832,L1843 almost everything. |
| **Practice Specifics** | **Location of our Equipment:** |
| • Dr. does surgery on Wed. | Closet |

| **42**<br>**Wholesale** | **RYC Orthopedics**<br>**CSR:** Wendy Zuniga<br>**Office Manager:** Arthur<br>**Practice Hours:** 8am-4pm (M-F) | RYC Orthopedics<br>1056 5th Avenue<br>New York, NY 10028<br>TEL : 212-348-3636<br>FAX: |
|---|---|---|

**Transportation:** Minimal street parking, subway or bus is a better option.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Youm – Shoulder/Hip/Knee<br>• Dr. Capeci – Shoulder/Hip/Knee<br>• Dr. Husain – Physiatrist/Pain Management | • Post Op Knee Braces /Shoulder Arc/Newport Lite Hip braces<br>• Townsend ACL Braces/Townsend Unloader Braces |
| **Practice Specifics** | **Location of our Equipment:** |
| • Dr. Youm has surgery on Tuesdays<br>• Dr. Capeci has surgery on Wednesdays and Fridays<br>• ECOP still processes orders for carriers the MD cannot bill | Closets behind front desk, storage area by second waiting room & closet in back exam room |

17  |  est. April 2016 | Last Edited September 2016

3/38

# Table Template

| **42**<br>**Wholesale** | **RYC Orthopedics**<br>**CSR:** Wendy Zuniga<br>**Office Manager:** Arthur<br>**Practice Hours:** 8am-4pm (M-F) | RYC Orthopedics<br>**1056 5th Avenue**<br>**New York, NY 10028**<br>TEL : 212-348-3636<br>FAX: |
|---|---|---|
| | **Transportation:** Minimal street parking, subway or bus is a better option. | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Youm – Shoulder/Hip/Knee<br>• Dr. Capeci – Shoulder/Hip/Knee<br>• Dr. Husain – Physiatrist/Pain Management | • Post Op Knee Braces /Shoulder Arc/Newport Lite Hip braces<br>• Townsend ACL Braces/Townsend Unloader Braces |
| **Practice Specifics** | **Location of our Equipment:** |
| • Dr. Youm has surgery on Tuesdays<br>• Dr. Capeci has surgery on Wednesdays and Fridays<br>• ECOP still processes orders for carriers the MD cannot bill | Closets behind front desk, storage area by second waiting room & closet in back exam room |

| **43** Wholesale | **Dr. Shubin Stein**<br>**CSR:** Wendy Zuniga<br>**Office Manager:** Erika Rios<br>**Practice Hours:** 8am-5pm (M-F) | **535 East 70th Street**<br>**6th Floor**<br>**New York, NY 10021**<br>**TEL : 212-606-1752**<br>**FAX:** |
|---|---|---|
| | **Transportation:** public transportation | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Shubin Stein<br>• Amy Lenz (PA) | • Post-Op Knees or Action Knees<br>• Bledsoe 20.50<br>• Arc Sling<br>• Townsend ACL |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Monday: No patients<br>• Tuesday: Clinic<br>• Wednesday: No patients<br>• Thursday: Clinic/ Sx @HSS<br>• Friday: Sx @HSS<br>• ECOP still processes orders for carriers the MD cannot bill | Cabinet in hallway |

18  |  est. April 2016 | Last Edited September 2016

?/38

| **46** Wholesale | **University Orthopaedics** <br> **CSR:** Stephen Handler <br> **Office Manager:** Glenda Odar <br> **Practice Hours:** 8:30am-5pm (M-F) | **200 Westage Business Center** <br> **Suite 115** <br> **Fishkill, NY 12524** <br> **TEL : 845-896-4178** <br> **FAX:** |
|---|---|---|

**Transportation:** Free Parking available

### Doctors

- Galeno - Spine
- Mangion - Sports Med
- Olgun - Peds
- Kelmanovich - Foot/Ankle
- Lazzarini - Joint Replacement
- Delbello - Peds
- Magill - Hand/ UE
- Zelazney - Sports Med
- Luks - Sports Med.

### Commonly Dispensed

- Cam Walkers
- Lateral J
- ankle braces
- PAD/Arcs
- cock-up wrists
- Exos
- Custom foot & ankle

### Practice Specifics

- Primary MD Clinic days:
- Kelmanovich: Wed & Friday,
- Mangion: M, W, F.
- Olgun: M, W, F (afternoons),
- Delbello: Thurs.
- Other MDs visit various days, on alternating weeks.
- Tuesdays: No ECOP staff, with Kelmanovich in Wound Clinic at MHRH of Poughkeepsie.
- ECOP still processes orders for carriers the MD cannot bill

### Location of our Equipment:

Front corner of supply cabinet (thru kitchen), Chart/Scanning Room - Cabinet and Shelves.

| **47** Wholesale | **Dr. Alan J. Dayan, MD PC**<br>**CSR:** Sophia McKenzie<br>**Office Manager:** Mark Dawes<br>**Practice Hours:**<br>• Monday-Thursday 9am-5pm<br>• Fridays 8am-4pm | 1715 Avenue T.<br>Brooklyn, NY 11229<br>TEL : 718-232-6348<br>FAX: |
|---|---|---|

**Transportation:** Limited parking available. Subway – Take the Q train to Avenue U

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Alan Dayan – Orthopedic Surgeon<br>• Rajan Mehra OPA-C – Orthopedic Physician Assistant | •   RED Knee braces<br>• ASO ankle braces<br>• Thumb Spicas<br>• Shoulder Arcs<br>• Crutches/Canes<br>• LSO's |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Dr. Dayan is in surgery on Tuesdays & Thursdays<br>• PA is in the office daily<br>• There is a paper on the wall next to the desk with what insurances are wholesale or ECOP.<br>• The Log in CureMD for patient records (so you can look up insurance and demographics) is:<br>• USERNAME: ecop/ PASSWORD: ecop1<br>• PPA's and all essential paperwork are in the drawer to the right at the desk. LMN's are on top of the desk to the left in labeled files.<br>• Wholesale PPA's are put into a folder daily for the Office manager. ECOP PPA's are put into a separate folder. Put the yellow copy of the ECOP PPA in the Wholesale folder, or the Yellow copy of the Wholesale PPA in the ECOP folder. The folders are under the desk.<br>• If you are at the desk, you will be called on the phone when you are needed.<br>• ECOP still processes orders for carriers the MD cannot bill | Equipment is in the basement, in the room next to the door that says EXIT on it. The desk is also in the basement. |

20   |   est. April 2016 | Last Edited September 2016

1/38

| **49** Wholesale | **Dr. DiFelice** CSR: Wendy Zuniga Office Manager: Yashira Laurent Practice Hours: 9am-5pm (M-F) | 520 East 70th Street 2nd Floor New York, NY 10021 TEL : 212-348-3636 FAX: | 140 East Ridgewood Ave, Paramus, NJ 07652 TEL : FAX: |

**Transportation:** NY: Public transportation NJ: Driving (free parking)

**Doctors**

- Dr. Difelice
- Rob O'Brien (PA)

**Commonly Dispensed**

- Post-Op Knees or Action Knees
- Arc Slings
- Townsend ACL/Townsend Unloader

**Practice Specifics**

- Monday: Clinic @Paramus office (or Sx @HSS possibe)
- Tuesday: NYP Sx
- Wednesday: Clinic @ NYP
- Thursday: (Alternating) Clinic @Paramus/Clinic @NYP
- Friday: (Alternating) Sx @HSS/Clinic @NYP
- ECOP still processes orders for carriers the MD cannot bill

**Location of our Equipment:**

Starr Pavilion, 2nd Floor (Orthopedic hallway)

| **53** All Orders Through ECOP | **White Plains Physician Associates** CSR: Lysette Cruz Office Manager: Amy Kohn Practice Hours: 8am-5pm (M-F) | 22 Westchester Ave Suite 101, White Plains, NY 10604 TEL : 914-589-3523 FAX: |

**Transportation:** There is a big parking lot and a bus that stops at the corner.

**Doctors**

- Dr. Fragner (hand)
- Dr. Schwarts (sports)
- Dr. Markowicz  (hips, joint replacements)
- Dr. Buschmann (feet)
- Dr. Brandoff (back)

**Commonly Dispensed**

- Wrist and thumb splints
- cam boots
- ROMKNE
- Pad slings
- RED knee braces

**Practice Specifics**

- All the physicians rotate surgery days throughout the week.

**Location of our Equipment:**

All over- I have a map for people covering

21  |  est. April 2016 | Last Edited September 2016

| **54** Wholesale | **Maimonides Bone & Joint Center** | **6010 Bay Parkway** **Brooklyn, NY 11204** **TEL : 718-283-7400** **FAX:** |
|---|---|---|

**CSR:** Daniel Feliciano
**Office Manager:** Amy Kohn
**Practice Hours:**
Monday & Tuesday 8am To 7pm
Wednesday 8am - 6pm
Thursday 8am - 7pm
Friday 8am - 5pm

**Transportation:** There is a big parking lot and a bus that stops at the corner.

**Doctors**

- Dr. Munyak (spine, foot, ankle, spine etc)
- Dr. Eres (Lower extremity) Leg/Foot/Ankle
- Dr,Edelstein (Wrist/Hand)
- Dr. Choueka (Wrist/Hand)
- Dr. Kang (Lower Extremity) Leg/Foot/Ankle
- Dr. Karamitopolus (Upper & Lower Extremity)
- Dr. Russo (Upper & Lower Extremity)
- Dr. Urovish (spine, foot, ankle, spine etc)

**Commonly Dispensed**

- Action hinge knee braces
- Cam walkers
- Active Relievers
- Cock Up Wrist Splints
- LSO's

**Practice Specifics**

- ECOP still processes orders for carriers the MD cannot bill

**Location of our Equipment:**

Two closets

| **56** Wholesale | **Dr. Lorich** | **520 East 70th Street,** **2nd Floor** **New York, NY 10021** **TEL : 212-746-4509** **FAX:** |
|---|---|---|

**CSR:** Wendy Zuniga
**Office Manager:** Arthur
**Practice Hours:** 8am-4pm (M-F)

**Transportation:** public transportation

**Doctors**

- **Dean Lorich**

**Commonly Dispensed**

- Cam boots
- Post-Op Knees
- Knee cpms & Shoulder cpms

**Practice Specifics**

- Monday: Clinic
- Tues-Thurs: Sx
- Friday: Clinic
- ECOP still processes orders for carriers the MD cannot bill

**Location of our Equipment:**

Starr Pavilion, 2nd Floor (Orthopedic hallway)

22  |  est. April 2016 | Last Edited September 2016

3/38

| **60**<br>**All Orders**<br>**Through ECOP** | **New York Methodist Hospital**<br>**CSR**: Sophia McKenzie<br>**Office Manager**: Genove Mckenzie<br>**Practice Hours:**<br>Monday-Friday 8:00 a.m-7:00 p.m | **New York Methodist Hospital**<br>**263 7th Ave., Suite 2B,**<br>**Brooklyn, NY 11215**<br>**TEL : 718-246-8700**<br>**FAX: 718-246-8725** |
|---|---|---|

**Transportation:** Some parking but hard. Public transportation is better G and F train a block away.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Capeci- Ortho - Mondays<br>• Dr. Morano- Rheumatology Tuesdays<br>• Dr. Manning- Ortho- Tuesdays<br>• Dr. Levine- Hand- Thursdays<br>• Dr. Tischler-Ortho-Monday, Wednesday, Friday<br>• Dr. Illical-Ortho trauma- Wednesday<br>• Dr. Scott- Peds- Tuesdays<br>• Dr. Russo-Peds-Wednesdays, Fridays<br>• Dr. Hesham- Peds- Fridays<br>• Dr. Castillo- Ortho-Thursdays<br>• Dr. Post-Neurology- Fridays<br>• Dr. Paulino-Spine- Fridays<br>• Dr. O'connor- Ortho- Fridays<br>• Dr. Meyerson- Ortho- Thursdays | • L1820<br>• Ankle brace<br>• Cam boots<br>• ROMKNE<br>• Active relievers<br>• LSO<br>• Sarmientos<br>• RADUNIV |

| **Practice Specifics** | **Location of our Equipment:**<br><br>No on-site equipment. Carry equipment/braces with you. |
|---|---|

| **62**<br><br>**All Orders**<br>**Through ECOP** | **New York Hospital Queens –**<br>**Department of Orthopaedics**<br>**CSR:** Charlotte DeLyra<br>**Office Manager:** Ivy Gao<br>**On-Site Coordinator:** Jelani<br>**Practice Hours:** 8am-4pm (M-F) | 163-03 Horace Harding Expressway<br>4th floor<br>Fresh Meadows, NY 11365<br>TEL : 866-670-6824<br>FAX: |
|---|---|---|
| | **Transportation:**This site has free on street residential parking, which is available daily with no restrictions. Buses drop off across from the office on Horace Harding Expressway. | |

**Doctors**

- Monday
    - Dr. Classie - All Joints non surgical
    - Dr. Quach - Knee, hip, elbow, shoulder
    - Dr. Rosen - elbow, knee, shoulder
- Tuesday
    - Dr. Golant - Knee, elbow, shoulder
    - Dr. Hu - back and neck
    - Dr. Rosen - elbow, knee, shoulder
- Wednesday
    - Dr. Hu - back and neck
    - Dr. Derasari - total joint hip and knee
    - Dr. Classie - All joints non surgical
    - Dr. Jiang - Sports medicine
- Thursday
    - Dr. Rosen - Elbow, knee, shoulder
    - Dr. Classie - All joints non surgical
    - Dr. Golant - Knee, elbow, shoulder
- Friday
    - Dr. Goldwyn - all fractures excluding spine
    - Dr. Classie - All joints non surgical
    - Dr. Quach - Knee, hip, elbow, shoulder

**Commonly Dispensed**

- TSCOPE ROM knee
- Ossur rom elbow
- Hinged knee braces
- Off the shelf Townsend OA unloader
- Cam boots
- Cock up wrist brace
- thumb spica

**Practice Specifics**

**Location of our Equipment:**

Our Stock closet is located in the far left corner of the office, adjacent to the staff restroom and diagonal from the lunch room. The code is 2424

| **63**<br><br>**All Orders Through ECOP** | **New York Hospital Queens – Department of Orthopaedics**<br>**CSR:** Charlotte DeLyra<br>**Office Manager:** Hema Advani<br>**Orthopedic Tech Onsite:** Min Gimm<br>**Practice Hours:** 8am-4pm (M-F) | **5645 Main Street**<br>**4th Floor, South Wing**<br>**Flushing, NY 11355**<br>**TEL : 718-670-2000**<br>*Main hospital Number<br>**FAX:** |
|---|---|---|

**Transportation:** There is on street residential parking with daily sweeping restrictions, signs are posted clearly. There is also metered parking around the hospital, and two paid parking lots. One lot is located on booth memorial across from the ER entrance, and the other is located on the corner diagonal from the main hospital entrance on main street. Buses drop off right in front of the hospital.

#### Doctors

- Monday
  - Dr. Hu - Pain management/ Back and neck
  - Dr. Jiang - Surgery
  - Dr. Derasari - Surgery
  - Dr. Golant - Surgery
- Tuesday
  - Dr. Fabricant/Dr. Dodwell - Pediatric Ortho
  - Dr. Roger - hand and wrist
  - Dr. Quach - Surgery/Post surgical consult
  - Dr. Classie - Non-surgical - mainly knee injections
- Wednesday
  - Dr. Goldwyn - trauma clinic all fracture excluding spine
  - Dr. Quach - Surgery/ Knee and shoulder consults
  - Dr. Jiang - Surgery
  - Dr. Golant - Surgery
- Thursday
  - Dr. Jiang - Sports med/ Surgery
  - Dr. Pak - Pain management/ Back and Neck
  - Dr. Derasari - Total joints
  - Dr. Hu - Pain Injections
  - Dr. Quach - Surgery
- Friday
  - Dr. Besser - total joint clinic hip, knee, shoulder
  - Dr. Dzenis - total joint
  - Dr. Galmer - Pain management/ Back and neck
  - Dr. Golant - Surgical knee and shoulder consults
  - Dr. Derasari - Surgery
  - Dr. Jiang - Surgery
  - Dr. Rosen - Surgery

#### Commonly Dispensed

- tscope- ROM Knee
- Abduction Shoulder Brace
- Breg short runner hinged knee braces
- cam boot
- wrist cock up
- thumb spica

#### Practice Specifics

#### Location of our Equipment:

Our Stock closet is located to your right as you walk passed the first set of fire doors after reception desk. Door requires a key that can be obtained from front desk or orthopedic tech.

25 | est. April 2016 | Last Edited September 2016

6/38

## 74
### Wholesale

## NYU Ambulatory Care - Bay ridge

**CSR:** Diana Marano
**Office Manager:** Burhan Hoxhaj
**Practice Hours:** 8am-6:30pm (M-F)

6740 4th Avenue
4th Floor
Brooklyn, NY 11220
TEL : 929-455-2000
FAX: 929-455-2020

**Transportation:** No on street parking. R train is a 2 min walk from the office.

### Doctors

- Dr. Thomas R. Lyon - Trauma Surgery
- Dr. Raymond B. Walsh - Orthopedic Surgery, Hip & Knee Reconstruction, Trauma Surgery
- Dr. Jonathan Silver - Orthopedic Surgery, Sports medicine
- Dr. Eitan Melamed - Orthopedic Surgery, Hand & Wrist
- Dr. Mukund Patel - Non Surgical Hand & Wrist
- Dr .Vijay Mani - Orthopedic Surgery, Hip & Knee Reconstruction
- Dr. Kola Jegede - Spine Surgery
- Dr. Jeffrey V. Lucido - Podiatry
- Dr. Vladimir Tress - Orthopedic Surgery, Hip & Knee Reconstruction
- Dr. Bruce F. Garner - Rheumatology

### Commonly Dispensed

- Cam Walkers
- Cock Up Wrist Splints
- ROM Knee
- Lateral J/Reddi Knee Braces
- Shoulder Immobilizers
- CFOs

### Practice Specifics

- Monday - Dr. Lyon, Dr. Jegede, Dr. Melamed, Dr. Walsh, Dr. Silver, & Dr. Patel
- Tuesday - Dr. Walsh, Dr. Silver, & Dr. Patel
- Wednesday - Dr. Melamed & Dr. Patel
- Thursday - Dr. Walsh, Dr. Silver & Dr. Patel
- Friday - Dr. Lucido & Dr. Patel

### Location of our Equipment:

Storage Closet (Room 422)

26  |  est. April 2016 | Last Edited September 2016

7/38

| **76**<br><br>**All Orders Through ECOP** | **NYU Langone Seaport Orthopedics**<br>**CSR:** Katelyn Spataro<br>**Office Manager:** Cathy Gragnaniello<br>**Practice Hours:** 8am-5pm | **233 Broadway**<br>**Suite 640 New York, NY 10279**<br>**TEL : 212-513-7711**<br>**FAX:** |
|---|---|---|
| | **Transportation:** Train | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr Loi: Podiatry<br>• Dr Campbell: Orthopedic Surgeon<br>• Dr Jacobs: General Ortho<br>• Dr Brucker: Sports Medicine<br>• Dr Hacquebord: Hand Surgeon<br>• Dr Melamed: Hand Surgeon<br>• Dr Rettig: Hand Surgeon<br>• Dr Sapienza: Hand Surgeon<br>• Dr Jajoo: Physical Rehabilitation<br>• Dr Madrid: General Surgeon<br>• Dr Schwarzkoph: Joint Replacement<br>• Dr Buckland: Ortho Spine Surgeon<br>• Dr Goldstein: Ortho Spine Surgeon<br>• Dr Fritzhand: Physical Rehabilitation | • CFO's<br>• Cock Up wrist splints<br>• Unloaders<br>• Cam Walkers<br>• Knee Braces |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • | Closets behind front desk, storage area by second waiting room & closet in back exam room |

27 | est. April 2016 | Last Edited September 2016

3/38

| **79**<br>**Wholesale** | **Columbia Orthopedics**<br>**CSR:** Tom Giordano<br>**Office Manager:** Nayamka Thomas (Nye-um-kah)<br>**Practice Hours:** are usually 8-5:30; patients scheduled as early as 8:00 AM and as late as 7:20 PM, Closed Sat/Sun | **590 5th Ave, 5th Floor**<br>**New York, NY 10036**<br>**TEL : 212-305-5757**<br>**FAX:** |
|---|---|---|
| | **Transportation:** No parking available, very busy street. Grand central metro station about a 10 minute walk (42nd and Lexington stop) | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Jeffrey A. Geller -- Hip & Knee, Trauma<br>• Roshan P. Shah -- Hip & Knee<br>• Justin K. Greisberg -- Foot & Ankle<br>• Ohannes A. Nercessian -- Hip & Knee, Trauma<br>• J. Turner Vosseller -- Foot & Ankle, Trauma<br>• Natasha N. Desai -- Sports Medicine<br>• Thomas S. Bottiglieri -- Sports Medicine | • CAM walkers<br>• carbon foot plates<br>• unloader knee braces<br>• ACL ROM knee braces |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Usually no or only one Doctor on Mondays<br>• Wednesday Dr. Desai schedules patients until 7:20 PM<br>• Close relationship with 51 51st street Columbia practice<br>• ECOP still processes orders for carriers the MD cannot bill | Closet (room 502) and blue lockers near restroom |

| **80**<br>**All Orders**<br>**Through ECOP** | **NYU Langone Ambulatory Care – Long Island**<br>**CSR:** Catherina Carino<br>**Office Manager:** Gloria M.<br>**Practice Hours:**<br>Monday – 8am – 5 or 5:30<br>Tuesday – 8am –7:30pm (if pediatrics are on a Tuesday)<br>Wednesday 8am – 7:30pm<br>Thursday 8am – 5:30pm<br>Friday 8am -4pm | 1999 Marcus Avenue<br>Suite 306,<br>Lake Success, NY 11042<br>TEL : 516-467-8600<br>FAX: |
|---|---|---|

**Transportation:**  Has parking – best place to park is Lower Level 2 in garage

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr.  Hershon - Sports Ortho Sports Ortho Surgery<br>• Dr. Shah - Sports Ortho Surgery<br>• Dr. Ravich – Orthopedic Surgeon – Total Body<br>• Dr. Alaia – Sports Ortho Surgeon<br>• Dr. Slover – Joint Replacement Surgeon<br>• Dr.  Petrizzo – Pediatric and Adult Spine Surgeon<br>• Dr.  Godfried – Pediatric Ortho Surgeon<br>• Dr. Marwin – Adult Reconstructive Ortho Surgeon<br>• Dr. Edleman – Rheumatologist<br>• Dr. Mehta – Rheumatologist<br>• Dr. Porges – Rheumatologist<br>• Dr. Goldberg – Rheumatologist<br>• Dr. Brancato – Rheumatologist<br>• Dr. Debbie Porges - Dermatologist<br>• Dr. Shapiro - Orthopedic Surgeon<br>• Dr. Kipnis - Orthopedic Surgeon | • Dr. Hershon: CAM boots, ANKUNIV, ASOAB<br>• Dr. Shah: REDDI Knee Brace, Townsand<br>• Dr. Ravich – CAM boots, Wrist braces  (T-CUW, T-THU)<br>• Dr. Alaia – REDDI Knee Brace, KNEjL/R<br>• Dr. Slover – has not braced with us<br>• Dr. Petrizzo – Has not braced with us<br>• Dr. Godfried, AFOs, CAM boots, Wrist braces, CFO, RIGO braces<br>• Dr. Marwin – T-BPSRT/LT<br>• Dr. Edleman – CFOs, T-CUWLT/RT, REDDI Knee Brace, LSO637<br>• Dr. Mehta – has not braced with us<br>• Dr. Porges – Wrist Braces T-CUWLT/RT T-THURT/LT, CAM boots<br>• Dr. Goldberg – CMC Joint brace, T-THULT/RT<br>• Dr. Brancato – CFOs<br>• Dr. Debbie Porges – Does not brace<br>• Dr. Shapiro - Upper and lower extremity bracing<br>• Dr. Kipnis - Upper and lower extremity bracing |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Monday: Dr. Slover, Dr. Hershon, Dr. Ravich, Every other Monday Dr. Marwin, Most Rheumatologists<br>• Tuesday: Dr. Shah, Dr. Alaia, Monica Sheppard PA to Dr. Marwin, Dr. Godfried, Dr. Hershon, Most Rheumatologists<br>• Wednesday: Dr. Petrizzo once a month, Dr. Godfried every 5th Wednesday of the month (No Tuesday if on a Wednesday) Most Rheumatologists<br>• Thursday: Dr. Shah, Dr. Marwin, Dr. Ravich, Most Rheumatologists<br>• Friday: Dr. Hershon, Dr. Ravich, Most Rheumatologists | Closets behind front desk, storage area by second waiting room & closet in back exam room |

29   | est. April 2016 | Last Edited September 2016

0/38

| **81** Wholesale | **RYC Park Ave**<br>**CSR:** Wendy Zuniga<br>**Office Manager:** Penina<br>**Practice Hours:**<br>Monday & Wednesday 8am-5pm<br>Tuesday & Thursday 8am-4pm<br>Friday 8am-3pm | 1095 Park Ave<br>New York, NY 10128<br>TEL : 212-427-7750<br>FAX: |
|---|---|---|
| | **Transportation:** No Parking. Subway/Bus/Train are the best method of travel. | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Rose – General Ortho (no hand patients)<br>• Capeci – General Ortho (no hand patients)<br>• Quirno (Spine) | • BARCSHO<br>• T-BPR(LT/RT)<br>• MROMKNECOOL<br>• CRCTUNI<br>• CAM(SM,MD, LG)<br>• APOLLO(SM, MD, LG)<br>• CRUTCHES<br>• BORT KNEE SLEEVE L1820<br>• RED(SM, MD, LG) |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Rose- Surgery Tuesday, Thursday & Friday<br>• Capeci – Surgery Wednesday & Friday<br>• Quirno- Surgery Monday & Wednesday<br>• ECOP still processes orders for carriers the MD cannot bill | Closet behind front desk, Exam Room 1 & Bathroom |

30 | est. April 2016 | Last Edited September 2016

1/38

| **82**<br><br>**All Orders Through ECOP** | **Stonybrook University Hospital**<br><br>**CSR:** Katelyn Spataro<br>**Office Manager:** Call Jack Benenati/Judiann Campbell<br>**Practice Hours:** 24/7 | **101 Nicholls Rd**<br>**Stonybrook, NY 11794**<br>**TEL : 631-838-9976**<br>**FAX:  646-365-9147** |
|---|---|---|

**Transportation:** car, must pay for parking

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Inpatient, ER, Outpatient areas of the hospital are covered | • Cervical Collars<br>• Multi Podus<br>• Post Op Knee braces<br>• Custom TLSO etc,<br>• CFO's |
| **Practice Specifics**<br><br>24 hours a day<br>Jack on call every Tuesday and Wednesday 4am-8am | **Location of our Equipment:**<br><br>Basement next to transport |

| **88**<br><br>**Mixed Wholesale/EC OP orders** | **NYU Vitale - Gambino**<br>**CSR:** Daniel Feliciano<br>**Office Manager:** Barbara<br>**Practice Hours:** 9am-5pm (M-F) | **9711 3rd Ave**<br>**Brooklyn, NY 11209**<br>**TEL : 718-833-1808**<br>**FAX:** |
|---|---|---|

**Transportation:** Minimal street parking, subway or bus is a better option.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Aldo Vitale<br>• Calogero Gambino<br>• Thomas Lyon<br>• Karamitopoulos<br>• Kolawole Jegede | • Ankle Stirrup |
| **Practice Specifics**<br><br>• Monday - Dr. Gambino 9-5pm / Dr. Karamitopoulos (pediatrics) 9-5pm<br>• Tuesday - Dr. Vitale 9-5pm / Dr. Jegede 9-1pm<br>• Wednesday - Dr. Gambino- 9-5pm<br>• Thursday - Dr. Vitale 9-5pm / Dr. Lyon 10-4pm<br>• Friday - Dr. Gambino 9-2pm / Dr. Karamitopoulos 9-5pm | **Location of our Equipment:**<br><br>Closet |

Site Specific Information V3 - Google Docs

| **90** | **Upper East Orthopedics** | 315 East 83rd Street |
|---|---|---|
| **Wholesale** | **CSR:** Jaymie Petraszewski | (Btwn. 1st & 2nd) |
| | **Office Manager:** Kathy Tamberelli | New York, NY 10028 |
| | **Clinical Supervisor/Lead MA:** Luan | TEL : 212-986-9200 |
| | **Practice Hours:** 8am-5pm | FAX: |

**Transportation:** Subway/Bus – parking is limited

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Andrew Rosen (Shoulder/Knee)<br>• Rachel Bergang (Spine) | • Rosen: Shoulder Arc, RED knee braces, Cam walkers,<br>• Bergang: LSO627 & Soft cervical collars |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Dr. Rosen is in surgery every Wednesday and every other Friday<br>• Log in to Eclinical works is<br>• Username: jgrillo pw:hello123<br>• If you have any other questions Luan and Katie will help you they are the MA's<br>• ECOP still processes orders for carriers the MD cannot bill | Cabinet in hallway, cabinets in the back of the office, basement |

| **91** | **NYP Queens (Jackson Heights)** | 72-06 Northern Blvd |
|---|---|---|

**91**

**All Orders Through ECOP**

# NYP Queens (Jackson Heights)

**CSR:** Charlotte DeLyra
**Office Manager:** Jennifer Chu
**Practice Hours:** 8am-5pm (M-F)

72-06 Northern Blvd
2nd Floor,
Jackson Heights, NY 11372
TEL : 866-670-6824
FAX:

**Transportation:** Driving and public transportation. 1 parking spot as space allows in garage under the building. Difficult residential parking.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Monday - Dr. Galmer - Back and neck<br>          Dr. Pak - Back and neck<br>• Tuesday - Dr. Galmer<br>          Dr. Jiang - Sports medicine<br>• Wednesday - Dr. Galmer<br>          Dr. Pak<br>• Thursday - Dr. Derasari - Total joints<br>          Dr. Galmer<br>          Dr. Jiang<br>          Dr. Pak<br>• Friday - Dr. Galmer<br>          Dr. Golant - Shoulder, Knee, Hip<br>          Dr. Pak | • EXOS Wrist Fracture braces<br>• PAD SLINGS<br>• Townsend OA braces<br>• Townsend ACL braces |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| | Storage Closet combination 9998 |

**93**

**All Orders Through ECOP**

# NYPQ - Sunnyside

**CSR:** Jennifer Conde
**Office Manager:** Mark Stubbe
**Practice Hours:** 8am-5pm (M-F)

47-01 Queens Boulevard
Suite 403
Sunnyside, NY 11104
TEL : 866-670-6824
FAX:

**Transportation:** Driving and public transportation. Metered parking across the street under the 7 train. Difficult residential parking.

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Ousman<br>• Dr. Griffith | • Prefabricated KO<br>• Prefabricated WHO<br>• Prefabricated AFO |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| Stock and bill office. Paperwork picked up on Friday and stock replenished. | Cabinets in three different exam rooms. |

33  |  est. April 2016 | Last Edited September 2016

1/38

| **94**<br>**Wholesale** | **Children's Specialty Center**<br>**CSR:** Tom Giordano<br>**Office Manager:** Rota<br>**Practice Hours:** varies monthly by each doctors schedule | **Stamford Hospital: Tully Health Center**<br>**32 Strawberry Hill Ct**<br>**4th Floor, Suite 7**<br>**Stamford, CT 06902**<br>**TEL : 203-276-7307**<br>**FAX:** |
|---|---|---|

**Transportation:** Free parking, Stamford stop off of Metro North New Haven Line but you would need to take a cab to the Tully Center

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. David Roye<br>• Dr. Benjamin Roye<br>• Dr. Charles Popkin | • Lace up ankle braces<br>• ROMKNE<br>• REDDIE knee braces |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • Bring a laptop, it is a shared practice so you may not have access to a computer<br>• ECOP still processes orders for carriers the MD cannot bill | in a small closet in the back of the office next to the staff bathroom |

| **94**<br>**Wholesale** | **Lawrence Hospital Assoc./Columbia Doctors**<br>**CSR:** Tom Giordano<br>**Office Manager:** Ilsia<br>**Practice Hours:** 8am-5pm | **Lawrence Hospital Assoc./Columbia Doctors**<br>**85 Pondfield Rd**<br>**Bronxville, NY 11708**<br><br>**TEL :**<br>**FAX:** |
|---|---|---|

**Transportation:** Walking distance from Bronxville Metro North Stop on the Harlem Line, Parking is Metered - Quarters ONLY

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. Steffner – Oncology & Trauma/Ortho<br>• Dr. Macaulay- Hip/Knee<br>• Dr. Popkin - Sports | • Wrist & Thumb fracture braces<br>• Unloaders<br>• ROMKNE |

| **Practice Specifics** | **Location of our Equipment:** |
|---|---|
| • ECOP has no real space so you sit in the kitchen on a chair. Bring a laptop.<br>• ECOP still processes orders for carriers the MD cannot bill | storage room is in the back by the nurses area – we share it with the other practice |

34  | est. April 2016 | Last Edited September 2016

5/38

| **99**<br><br>**All Orders**<br>**Through ECOP** | **Millstream Office**<br><br>**CSR:** Katelyn Spataro<br>**Office Manager:** Call Vnny J. Benenati/ Jack Benenati<br>**Practice Hours:** By appointment only (Patient hrs usually Tuesdays and Fridays 8:30 am - 5 pm) | <ins>14 Millstream Lane</ins><br><ins>Stony Brook, NY 11790</ins><br>**TEL : 631-392-2004 / 631-637-3000**<br>**FAX: 631-918-5004** |
|---|---|---|
| | **Transportation:** driveway/street parking | |

| **Doctors**<br><br>- Dr. James Barsi (Pediatric Orthopedic Surgeon)<br>- Podiatry (Dr. Bernard Martin - Podiatrist)<br>- Outpatients from hospital<br>- Stony Brook Medicine | **Commonly Dispensed**<br><br>- CFOs / UCBLs<br>- Diabetic Shoes<br>- Scoli Braces<br>- Custom TLSOs<br>- Crow Boots |
|---|---|
| **Practice Specifics:**<br><br>- Adjustments for Hospital patients. Mainly Podiatry and peds patients.  Most of are non-hospital referrals come from Dr. Barsi and are pediatric. | **Location of our Equipment:**<br><br>Limited-cabinets and shed |

| **109**<br><br>**ECOP/Wholesale** | **NYU Huntington Medical Group**<br><br>**CSR:** Diana Morano<br>**Office Manager:** Sal Calderera<br>**Practice Hours:** 8:30am - 5pm | **180 E Pulaski Rd**<br>**Huntington Station, NY 11746**<br>**TEL : 631-425-2233**<br>**FAX:** |
|---|---|---|
| | **Transportation:** Drive or LIRR | |

| **Doctors** | **Commonly Dispensed** |
|---|---|
| • Dr. James P. Gurtowski - Orthopedic Surgeon<br>• Dr. Adam Keslonsky - Podiatry<br>• Dr. Ronit Wollstein - Hand specialist<br>• Dr. Aaron Buckland - Spine specialist<br>• Chris Danielski, PA - Orthopedic Surgery | • ROM Knee<br>• CAM Walers<br>• Custom SAFO/AFO<br>• Custom UCBL |

| **Practice Specifics:** | **Location of our Equipment:** |
|---|---|
| • Ortho doctors prefer MROMKNECOOL<br>• ECOP processes orders for: 1199, No Fault, HIP, GHI, Worker's Compensation, and Straight Medicaid<br>• Wholesale Orders: All other insurance | basement DME storage and behind HEMOC (in process of relocating items) |

| **111**<br><br>**All Orders**<br>**Through ECOP** | **NYPQ - Downtown Flushing**<br><br>**CSR:** Charlotte DeLyra<br>**Office Manager:** Emily Tu<br>**Practice Hours:** M-F 8:30am-5pm | **136-56 39th ave.**<br>**2nd Floor**<br>**Flushing, NY 11354**<br>**TEL :** 718-888-0066<br>**FAX:** |
|---|---|---|

**Transportation:** Driving or public transportation. Multiple underground paid parking garages. Above ground paid lot directly across the street from office building.

**Doctors**

- Dr. Pak - Back and neck
- Dr. Jiang - Sports medicine
- Dr.Hu - Back and Neck
- Dr. Quach - Orthopedic Surgeon - Shoulder, Knee, Ankle

**Commonly Dispensed**

- Cam Walker Boots
- Prefabricated WHO
- Crutches, canes, walkers, rollators
- Custom KO
- Custom SAFO/AFO

**Practice Specifics:**

- Multi-disciplinary practice including Cardiology, Colorectal, and vascular.
- Orthopedics only there Wednesday and Friday.

**Location of our Equipment:**

Stock closet marked utility in back half of office.

37   | est. April 2016 | Last Edited September 2016

3/38