# EXHIBIT 9



Christopher Noria <christopher.noria@ec-op.com>

## Surgery Center At Maimonides
1 message

**John Feliciano** <john.feliciano@ec-op.com>     Thu, May 21, 2015 at 10:21 PM
To: Jose Martinez <jose.martinez@ec-op.com>, Christopher Noria <christopher.noria@ec-op.com>, Luis Cortes <luis.cortes@ec-op.com>
Cc: Daniel Feliciano <daniel.feliciano@ec-op.com>, Nature Parker <nature.parker@ec-op.com>, "Vincent A. Benenati" <vbenenati@ec-op.com>

Hi Guys ... Good Morning. I t has come to my Attention that we are still having issues with getting PPA's from the surgery center on time. We also have a major issue with getting Scripts from Docs who do their cases there. We can not ... I repeat ... We can not continue to operate in this manner. I do not desire to Micro manage anyone but it seems that that is what is needed until we get a Rhythm for the way we need to work with the staff in the fourth floor. It is clear that they do not care about our profit or losses and we have to ... if we expect to continue to be paid. I need everyone on the same page. Everyone Please Adhere to the following Protocol:
1. No items are to be given to the fourth floor with out a script.
    a. The exception to this are the Doctors that we workwith in the 7th floor.
       PLEASE KEEP IN MIND THAT DR. SASSON IS NOT INCLUDED IN THAT LIST.
2. Scripts need to have the full name of the patient , the item and a valid diagnosis.
    a. Script for slings MUST say Shoulder Immobilizer type Sling OR SHOULDER IMMOBILIZER .....SCRIPTS CANNOT JUST SAY SLING.
    b. Keep in mind SLINGS are not a covered item by INS companies.
3. We are not to set up separate protocols with the 4th floor with out my approval.... no exceptions.
4. IF ANY DOCTORS HAVE A PROBLEM WITH THIS ... THEY CAN COME TALK TO ME.

--



**John Feliciano**
**Certified Orthotist**

East Coast Orthotic & Prosthetic Corp.
125 Franklin Avenue
Valley Stream, NY 11580
dir: (516) 536-3142    main: (631) 254-5577    fax: (516) 536-3141

Visit us at www.ec-op.com and follow us on 

The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.